

**MUNICIPAL SERVICES BUREAU**
PO BOX 16755
AUSTIN, TX 78761-6755
TOLL FREE: (800) 616-0166
AUSTIN, TX: (512) 454-4757

EXHIBIT D

**HOURS OF OPERATION:**
MON - FRI: 7AM - 11PM CST
SAT: 8AM - 5PM CST

To make a payment online or receive additional information about your account, please visit us at
www.msbselfserve.com

## YOU HAVE FAILED TO RESOLVE YOUR COURT FINE(S)

Reference: 11303223           Plate #:                          Date: September 5, 2013
Dear REED WADE SAILOLA:                                         Total Due: $620.61

You have not responded to our last correspondence concerning your outstanding case(s) with HAWAII, 1ST JUDICIAL CIRCUIT. This letter is to inform you that **YOU HAVE NOT COMPLIED WITH THE TERMS AND CONDITIONS OF YOUR OUTSTANDING COURT MATTER**. A judgment has been entered against you in favor of the State of Hawaii. You were provided, by the Court, notice of this judgment, but you failed to respond or resolve the outstanding matter. If this judgment is a result of a traffic violation, in addition to other remedies provided by law regarding the collections of judgments, a hold has been placed upon the renewal of your driver's license and/or motor vehicle registration.

As of the date of this letter, our records reflect **YOU HAVE NOT MET YOUR COURT OBLIGATION**, and there is a total amount due of **$620.61.** Your delinquent account has been referred to Municipal Services Bureau, a private corporation specializing in court collections. Contact our office today at 1-800-616-0166 to discuss this matter or remit your payment in full to the address listed below.

In addition to making a monetary payment, you may be required to comply with other conditions imposed by the Court. Please call to find out if there are other conditions you must complete.

| | |
|---|---|
| Oahu | (808) 538-5500 |
| Maui | (808) 244-2800 |
| Kaua'i | (808) 482-2355 |
| Hilo and Puna | (808) 961-7470 |
| Kona and Kau | (808) 322-8700 ***then press 6 |
| South Kohala, North Kohala, and Hamakua | (808) 443-2030 |

| Court | Case # | Offense | Amount | Date |
|---|---|---|---|---|
| HAWAII, 1ST JUDICIAL C | 1DTA-11-03671 | DUI(IMPAIR/BRTH)-1S | 620.61 | 08/07/2011 |

EXHIBIT D

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

## MSB ACCEPTS ALL MAJOR CREDIT CARDS, WESTERN UNION, MONEY GRAM AND ACE CASH EXPRESS.

If you send us a check, it may be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two additional times and, if allowed by your state law, a fee will be assessed to your account for any dishonored check or money order presented as payment. The check may be held for up to 21 days to validate that the funds are available. For ACE Cash Express locations, visit http://www.acecashexpress.com/ or call 877-FINDACE.

*** DETACH LOWER PORTION AND RETURN WITH PAYMENT ***
PLEASE INDICATE REFERENCE NUMBER ON YOUR CHECK OR MONEY ORDER

0J5

REED WADE SAILOLA
2536 Peter St
Honolulu HI 96816-2012



| Card Number (SEE BELOW NOTICE) | Exp Date | Security Code |
|---|---|---|
| Cardholder Signature | | Billing Zip Code |
| Phone or Alternate Phone | Total Due | Total Paid |
| | $620.61 | |
| New Address Info | City | State | Zip |

NOTICE: If you pay by credit card, where allowed by state law, a convenience fee will be added to the total amount. Convenience fees are: $10 for payments up to $499.99; $15 for payments of $500 to $749.99; and $20 for payments of $750.00 and greater. The fee will be automatically added at the time the credit card transaction is processed, please do not add it to your payment amount. You may avoid paying a convenience fee by making payment by check, money order, Western Union, or MoneyGram.

**REMIT PAYMENTS TO:**
**MUNICIPAL SERVICES BUREAU**
**PO BOX 16755**
**AUSTIN TX 78761-6755**

Reference Number: 11303223
Account Number: 1DTA-11-03671

402CSMSBU060J5

BY SUBMITTING MY PAYMENT, I UNDERSTAND THAT I AM SUBMITTING A PLEA OF NO CONTEST TO THE CHARGES AGAINST ME WITH REGARDS TO THIS CASE. I WAIVE MY RIGHT TO A JURY AND TO APPEAL. THE ENCLOSED AMOUNT IS TO BE APPLIED TOWARD PAYMENT OF THIS FINE.



TEAR EDGES FIRST ALONG PERFORATION



CSMSBU06
PO Box 1099
Wixom MI 48393-1099
CHANGE SERVICE REQUESTED

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DPCH

SEE OTHER SIDE FOR OPENING INSTRUCTIONS

11303223-0J5     128001273
REED WADE SAILOLA
2536 Peter St
Honolulu HI 96816-2012

0013090900

↓ TO OPEN THIS SIDE, SLIDE FINGER UNDER THIS EDGE ↓