McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN            3639-0
COURTNEY K. SUE-AKO        9803-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com
        sue-ako@m4law.com

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA,<br><br>                Plaintiff,<br><br>    vs.<br><br>MUNICIPAL SERVICES BUREAU and<br>JOHN DOES 1-50,<br><br>               Defendants. | CIVIL NO. 13-00544 HG RLP<br><br>DEFENDANT MUNICIPAL<br>SERVICES BUREAU'S<br>CORPORATE DISCLOSURE<br>STATEMENT; CERTIFICATE OF<br>SERVICE |

298105.1

## DEFENDANT MUNICIPAL SERVICES
## BUREAU'S CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rules of Civil Procedure 7.1, Defendant

MUNICIPAL SERVICES BUREAU hereby discloses that it has no parent

corporation, and no publicly held corporation owns 10% or more of its stock.

DATED:  Honolulu, Hawai'i, _____ NOV 2 7 2013 _____.

DAVID J. MINKIN
COURTNEY K. SUE-AKO

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| REED SAILOLA, | ) | CIVIL NO.  13-00544 HG RLP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MUNICIPAL SERVICES BUREAU and | ) | |
| JOHN DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing document was duly served upon the following persons either by electronic court filing (ECF), hand delivery (HD) or by mailing said copy, postage prepaid, first class, in a United States post office at Honolulu, Hawaii (M), in the manner indicated, addressed as set forth below:

298105.1

RICHARD HOLCOMB, ESQ.          (ECF)
rholcomblaw@live.com
BRIAN J. BRAZIER, ESQ.
brianbrazier@gmail.com
1136 Union Mall, Suite 808
Honolulu, Hawai'i 96813

Attorneys for Plaintiffs

NOV 2 7 2013

DATED:  Honolulu, Hawai'i, _____.


DAVID J. MINKIN
COURTNEY K. SUE-AKO

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU