# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 13-00544HG-RLP |
| CASE NAME: | Reed Sailola V. Municipal Services Bureau; John Does 1-50 |
| ATTYS FOR PLA: | Richard L. Holcomb, Esquire<br>Justin A. Brackett, Esquire |
| ATTYS FOR DEFT: | David J. Minkin, Esquire<br>Courtney K. Sue-Ako, Esquire |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 07/08/2014 | TIME: | 9:31am-9:51am |

COURT ACTION:     EP:  DEFENDANT MUNICIPAL SERVICES BUREAU'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 25]

Discussion Held.

Defendant Municipal Bureau's MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 25) is **GRANTED IN PART AND DENIED IN PART WITH LEAVE TO AMEND.**

## I.     Defendant's Reply

On July 2, 2014, Defendant Municipal Services Bureau filed a REPLY MEMORANDUM with Exhibits attached.  (ECF No. 30).

Defendant's Exhibits may not be considered in a Motion for Judgment on the Pleadings.  Defendant did not make a request for judicial notice for any attachment that is possibly a public record.

The Exhibits attached to Defendant's REPLY MEMORANDUM (ECF No. 30) are **STRICKEN.**

## II.     Plaintiff's Supplement

On July 2, 2014, Plaintiff Reed Sailola filed a SUPPLEMENT.  (ECF No. 31).  Plaintiff did not seek leave from the Court before filing the document.

Plaintiff's SUPPLEMENT (ECF No. 31) is **STRICKEN**.

## III.    Plaintiff's Motion for Leave to File First Amended Complaint

On July 3, 2014, Plaintiff filed a MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT.  (ECF No. 32).

Plaintiff withdraws his MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT.  (ECF No. 32).

The Court shall provide Plaintiff an opportunity to file an Amended Complaint consistent with the Written Order to be filed hereafter.


Submitted by Leslie L. Sai, Courtroom Manager