EXHIBIT THREE

1

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1           IN THE DISTRICT COURT OF THE FIRST CIRCUIT

 2                       STATE OF HAWAII

 3     _____
                                     )   CASE NO. 1DTA-11-03671
 4     STATE OF HAWAII,              )
                                     )
 5                   Plaintiff,      )
                                     )
 6         vs.                       )
                                     )
 7     REED W. SAILOLA,              )
                                     )
 8                   Defendant.      )
       _____)
 9

10       TRANSCRIPT OF ELECTRONICALLY-RECORDED PROCEEDINGS

11     before the Honorable David Lo, Judge presiding, on

12     December 6, 2012, in the above-entitled matter.

13

14

15     APPEARANCES:

16     ANNE CLARKIN                              For Plaintiff

17     JONATHAN BURGE                            For Defendant

18

19

20

21

22

23     Transcribed by:
       Theresa A. Reese, RPR, CSR #428
24     Official Court Reporter
       State of Hawaii
25
```

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000002
15-APR-2013
08:52 AM

Official Court Reporter
First Circuit Court
State of Hawaii

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1  BY THE COURT:
 2  Q     But, nonetheless, Mr. Sailola, if you do decide or
 3  if you remain silent and not testify, the Court will not
 4  hold that against you.
 5        You understand that?
 6  A     Yes.
 7  Q     And if you testify, the prosecutor has the
 8  opportunity to cross-examine you; correct?
 9  A     Yes.
10  Q     All right. So through your attorney -- discussion
11  with your attorney, you've decided to remain silent and
12  not call any witnesses; correct?
13  A     Yes.
14  Q     And that's why you agreed and (indiscernible) to
15  do a stipulated fact trial; correct?
16  A     Yes.
17              THE COURT: Okay. All right. Anything
18  further?
19              MR. BURGE: No, your Honor.
20              MS. CLARKIN: No, your Honor.
21              THE COURT: All right. Court will
22  sentence the defendant to 14 hours of substance abuse
23  rehabilitation as well as undergo substance abuse
24  assessment and possible treatment; one-year license
25  revocation; pay fees in the amount of $107 DE, $30 CVCF,
```

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1   $25 neurotrauma, $250 DDRA of which $150 will be
 2   suspended, and a fine of $250.
 3           Bail to apply in the event an appeal is
 4   not noticed.
 5           MR. BURGE: Understood. And, your Honor,
 6   if we could come back on January 7th, that would be the
 7   appeal date because the 5th is on a Saturday.
 8           THE COURT: All right. January 7th p.m.,
 9   Courtroom 10D.
10           Mr. Burge, you can inquire up to
11   Mr. Matsunaga about being --
12           MR. BURGE: Yes.
13           THE COURT: -- on time in this courtroom.
14   Thank you.
15           MR. BURGE: Thank you, your Honor.
16           MS. CLARKIN: Just a second. Jonathan --
17           MR. BURGE: Yes.
18           MS. CLARKIN: -- the ALDRO was reversed
19   on --
20           MR. BURGE: Yes. So he imposed it. He
21   just suspended it.
22           MS. CLARKIN: Okay. Okay.
23           THE CLERK: Oh, you imposed, but did you
24   impose the license --
25           THE COURT: I did.
```

Official Court Reporter
First Circuit Court
State of Hawaii

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1              MR. BURGE:   But he's staying it pending
 2     appeal.
 3              THE COURT:   Staying the entire sentence.
 4              THE CLERK:   Thank you.
 5              (End of proceedings.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Official Court Reporter
First Circuit Court
State of Hawaii

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1   STATE OF HAWAII                  )
                                      ) ss.
 2   CITY AND COUNTY OF HONOLULU      )

 3

 4        I, THERESA A. REESE, RPR, CSR# 428, do hereby

 5   certify that the foregoing is a true and accurate

 6   transcript of the electronically-recorded proceedings

 7   had in connection with the above-entitled cause and that

 8   said transcript was transcribed to the best of my

 9   ability.

10        DATED:  Honolulu, Hawaii, this 11th day of

11   April, 2013.

12

13

14

15                   /s/ Theresa A. Reese

16                   Theresa A. Reese, CSR# 428
```

Official Court Reporter
First Circuit Court
State of Hawaii