

**MUNICIPAL SERVICES BUREAU**
PO BOX 16755
AUSTIN, TX 78761-6755
TOLL FREE: (800) 616-0166
AUSTIN, TX: (512) 454-4757

HOURS OF OPERATION:
MON - FRI: 7AM - 11PM CST
SAT: 8AM - 5PM CST

To make a payment online or receive additional information about your account, please visit us at www.msbselfserve.com

## YOU HAVE AN OUTSTANDING COURT MATTER

Reference No: 11303223
Dear REED WADE SAILOLA:

Date: July 5, 2013
Total Due: $620.61

A judgment has been entered against you in favor of the State of Hawaii. The time for appeal has expired and the judgment is final. Notice of this judgment was provided and you have not responded. If this judgment is a result of a traffic violation, in addition to other remedies provided by law regarding the collections of judgments, a hold has been placed upon the renewal of your driver's license and/or motor vehicle registration. Your delinquent account has been referred to Municipal Services Bureau, a private corporation specializing in court collections. To prevent continued collection activities, please take one of the following steps immediately:

**Return this notice to the address below with your payment for the amount shown below.**

OR

**Contact this office at (512) 454-4757 or 1-800-616-0166 to discuss your case.**

In addition to making a monetary payment, you may be required to comply with other conditions imposed by the Court. Please call to find out if there are other conditions you must complete.

| | |
|---|---|
| Oahu | (808) 538-5500 |
| Maui | (808) 244-2800 |
| Kaua`i | (808) 482-2355 |
| Hilo and Puna | (808) 961-7470 |
| Kona and Kau | (808) 322-8700 ***then press 6 |

South Kohala, North Kohala, and Hamakua (808) 443-2030

| Court | Case # | Offense | Amount | Date |
|---|---|---|---|---|
| HAWAII, 1ST JUDICIAL C | 1DTA-11-03671 | DUI(IMPAIR/BRTH)-1S | 620.61 | 08/07/2011 |

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

## MSB ACCEPTS ALL MAJOR CREDIT CARDS, WESTERN UNION, MONEY GRAM AND ACE CASH EXPRESS.

If you send us a check, it may be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two additional times and, if allowed by your state law, a fee will be assessed to your account for any dishonored check or money order presented as payment. The check may be held for up to 21 days to validate that the funds are available. For ACE Cash Express locations, visit http://www.acecashexpress.com/ or call 877-FINDACE.

*** DETACH LOWER PORTION AND RETURN WITH PAYMENT***
PLEASE INDICATE REFERENCE NUMBER ON YOUR CHECK OR MONEY ORDER

........................................................................................................................

0J4

REED WADE SAILOLA
2536 Peter St
Honolulu HI 96816-2012




| | Card Number (SEE BELOW NOTICE) | Exp Date | Security Code |
|---|---|---|---|
| ☐ MasterCard | | | |
| ☐ VISA | Cardholder Signature | | Billing Zip Code |
| ☐ American Express Cards | | | |
| ☐ Discover | Phone or Alternate Phone | Total Due | Total Paid |
| | | $620.61 | |
| | New Address Info.    City | State | Zip |

Reference Number: 11303223
Account Number: 1DTA-11-03671

**REMIT PAYMENTS TO:**
MUNICIPAL SERVICES BUREAU
PO BOX 16755
AUSTIN TX 78761-6755

NOTICE: If you pay by credit card, where allowed by state law, a convenience fee will be added to the total amount. Convenience fees are: $10 for payments up to $499.99; $15 for payments of $500 to $849.99; and $20 for payments of $750.00 and greater. The fee will be automatically added at the time the credit card transaction is processed, please do not add it to your payment amount. You may avoid paying a convenience fee by making payment by check, money order, Western Union, or Moneygram.

402CSMSBU0600J4

BY SUBMITTING MY PAYMENT, I UNDERSTAND THAT I AM SUBMITTING A PLEA OF NO CONTEST TO THE CHARGES AGAINST ME WITH REGARDS TO THIS CASE. I WAIVE MY RIGHT TO A JURY AND TO APPEAL. THE ENCLOSED AMOUNT IS TO BE APPLIED TOWARD PAYMENT OF THIS FINE.



CSMSBU06
PO Box 1099
Wixom MI  48393-1099
CHANGE SERVICE REQUESTED

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DPCH

11303223--0J4     85698351

REED WADE SAILOLA
2536 Peter St
Honolulu HI 96816-2012

0013070800

↓ TO OPEN THIS SIDE, SLIDE FINGER UNDER THIS EDGE ↓