McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
COURTNEY K. SUE-AKO    9803-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
minkin@m4law.com
sue-ako@m4law.com

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| REED SAILOLA,<br><br>        Plaintiff,<br><br>vs.<br><br>MUNICIPAL SERVICES BUREAU and JOHN DOES 1-50,<br><br>        Defendants. | CIVIL NO. 13-00544 HG RLP<br><br>DEFENDANT MUNICIPAL SERVICES BUREAU'S MOTION TO AMEND SCHEDULING ORDER TO PERMIT FILING OF DISPOSITIVE MOTIONS AND TO RESET TRIAL DATE; MEMORANDUM IN SUPPORT OF MOTION; DECLARTION OF COURTNEY K. SUE-AKO; EXHIBIT "A"; CERTIFICATE OF SERVICE |

DEFENDANT MUNICIPAL SERVICES BUREAU'S
MOTION TO AMEND SCHEDULING ORDER TO PERMIT
FILING OF DISPOSITIVE MOTIONS AND TO RESET TRIAL DATE

Defendant Municipal Services Bureau ("MSB"), by and through its

attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby respectfully moves

this Court for an order amending the Rule 16 Scheduling Order filed January 21, 2014, to extend the September 3, 2014 deadline for the parties to file dispositive motions.  Plaintiff filed his First Amended Complaint per order of this Court on August 14, 2014.  MSB filed its Answer to the First Amended Complaint on August 28, 2014.  Although the parties have taken limited discovery, further discovery is pending.  Because the results of further potential discovery may provide a basis for dispositive motions and narrow issues for trial, and because MSB has not had a reasonable opportunity to prepare a dispositive motion based on Plaintiff's First Amended Complaint, MSB respectfully requests that the Rule 16 Scheduling Order be amended and the dispositive motion deadline be reset and the trial date be continued.

This Motion is brought pursuant to Rules 7 and 16 of the Federal Rules of Civil Procedure and is based upon the attached Memorandum in Support of Motion, declaration of counsel, and the records and files herein.

DATED:  Honolulu, Hawai'i, September 3, 2014.

/s/ David J. Minkin
DAVID J. MINKIN
COURTNEY K. SUE-AKO

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU