McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN         3639-0
COURTNEY K. SUE-AKO   9803-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
minkin@m4law.com
sue-ako@m4law.com

SMITH, ROBERTSON, ELLIOT & DOUGLAS, LLP

A. LEE RIGBY (admitted *pro hac vice*)
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
lrigby@smith-robertson.com

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, ) | CIVIL NO. 13-00544 HG RLP |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | [Re: Notice of Taking Deposition |
| ) | Upon Written Interrogatories |
| MUNICIPAL SERVICES BUREAU and ) | (Custodian of Records of The |
| JOHN DOES 1-50, ) | Hawaiʻi State Judiciary, Office of |
| ) | the Administrative Director of the |
| Defendants. ) | Courts)] |
| ) | |

311379.2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2014, a true and correct copy of Defendant Municipal Services Bureau's NOTICE OF TAKING DEPOSITION UPON WRITTEN INTEROGATORIES (Custodian of Records of The Hawai'i State Judiciary, Office of the Administrative Director of the Courts) was duly served upon the following individuals either by hand delivering (HD) or by mailing said copy, postage prepaid, first class, in a United States post office at Honolulu, Hawai'i (M), in the manner indicated, addressed as set forth below:

> RICHARD HOLCOMB, ESQ.          (**HD**)
> JUSTIN A. BRACKETT, ESQ.
> BRIAN J. BRAZIER, ESQ.
> 1136 Union Mall, Suite 808
> Honolulu, Hawai'i  96813
>
> Attorneys for Plaintiff
> REED SAILOLA

DATED:  Honolulu, Hawai'i, September 18, 2014.

>   /s/ David J. Minkin
> DAVID J. MINKIN
> COURTNEY K. SUE-AKO
> A. LEE RIGBY
>
> Attorneys for Defendant
> MUNICIPAL SERVICES BUREAU