**Issued by the**
**UNITED STATES DISTRICT COURT**

_____DISTRICT OF HAWAII_____

| | |
|---|---|
| REED SAILOLA, | **SUBPOENA IN A CIVIL CASE** |
| Plaintiff, | CIVIL NO. 13-00544 HG RLP |
| vs. | |
| MUNICIPAL SERVICES BUREAU and JOHN DOES 1-50, | |
| Defendants. | |

TO: Custodian of Records of
The Hawaiʻi State Judiciary,
Office of the Administrative Director of the Courts
417 S. King Street, Room 206A
Honolulu, Hawaiʻi 96813

*[Signed] DARLENE LUM, CLERK    SEP 2 2 2014*

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects described in **EXHIBIT "1", attached hereto, at the place, date, and time specified below:**

| PLACE | DATE AND TIME |
|---|---|
| Ralph Rosenberg Court Reporters, Inc.<br>1001 Bishop Street,<br>Suite 2460 ASB Tower<br>Honolulu, Hawaii 96813 | September 29, 2014<br>9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[Signed]*, Attorney for Defendant Municipal Services Bureau. | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David J. Minkin (#3639)
McCorriston Miller Mukai MacKinnon LLP, 500 Ala Moana Blvd., 4th Floor, Honolulu, Hawaii 96813    (808)529-7300

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

311379.2

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9-22-14 9:50 AM | 417 S. King St. #206A Honolulu, HI 96813 |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Neal F. Yoro | | Process Server |
| SERVED BY (PRINT NAME) | | TITLE |
| The Hawaii State Judiciary Office of the Administrative Director of the Courts | | Thru Darlene Lum, Clerk |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9-22-14

_____
SIGNATURE OF SERVER

NEAL F. YORO
ADDRESS OF SERVER 00 QUEEN EMMA ST., 201 1
HONOLULU, HI 96813

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) requires a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

311379.2

2

**DOCUMENTS TO BE PRODUCED
BY CUSTODIAN OF RECORDS
HAWAIʻI STATE JUDICIARY,
OFFICE OF THE ADMINISTARTIVE DIRECTOR OF THE COURTS**

<u>PLEASE READ THIS SUBPOENA VERY CAREFULLY.  IF YOU FAIL TO BRING WITH YOU DOCUMENTS CALLED BY THIS SUBPOENA THAT ARE IN YOUR POSSESSION, YOU MAY NEED TO RETURN FOR A SECOND DEPOSITION.</u>

      1.    Any and all documents, including but not limited to filings, forms, letters, e-mails, and contact sheets, relating to contact information and/or the collection of monies owed to the Hawaiʻi State Judiciary by the individual Reed Wade Sailola, whose Party ID on the eCourt eKokua Judiciary Information Management System is @18742 ("Sailola").

      2.    Any and all documents, including but not limited to filings, forms, letters, e-mails, and contact sheets, relating to the collection of monies owed to the Hawaiʻi State Judiciary by Sailola which contain Sailola's contact information, including telephone number, and which is the source of contact information that was forwarded to Municipal Services Bureau with the intent that Municipal Services Bureau begin collecting upon said monies owed.

**EXHIBIT "1"**

311379.2