# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, | ) |
| | ) CASE NO. 1:13-CV-00544 HG-RLP |
| Plaintiff, | ) |
| vs. | ) |
| | ) NOTICE OF DEPOSITION OF |
| | ) MUNICIPAL SERVICES BUREAU |
| | ) THROUGH ITS DESIGNATED |
| MUNICIPAL SERVICES BUREAU, | ) WITNESSES PURSUANT TO FED. |
| and JOHN DOES 1-50. | ) RULE CIV. P., RULE 30(b)(6) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify, that on October 17, 2014 a true and correct copy of the SECOND NOTICE OF DEPOSITION OF MUNICIPAL SERVICES BUREAU THROUGH ITS DESIGNATED WITNESSES PURSUANT TO FED. RULE CIV. P., RULE 30(b)(6) was duly served upon the following individuals via electronic mail, addressed as set forth below:

dminkin@m4law.com
sue-ako@m4law.com
lrigby@smith-robertson.com

I hereby also certify that on October 17, 2014, a copy of the foregoing was served by hand-delivery on the parties listed below:

David Minkin, Esq.
Courtney K. Sue-Ako
McCorriston, Miller, Mukai & MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI  96813

This Rule 30(b)(6) Deposition is scheduled to occur on November 17, 2014 at 9:00 A.M. after Defendants asserted they would not be attending the previously noticed depositions that were scheduled for October 20, 2014.

    DATED:  Honolulu, Hawaii, October 21, 2014.

                                               */s/ Justin A. Brackett*
                                               Justin A. Brackett
                                               Attorney for Plaintiff