# RE: Sailola v. Municipal Services Bureau

David J. Minkin
[Add to contacts](#)

10/16/14

To: Richard Holcomb, Justin Brackett
Cc: Courtney Sue-Ako, lrigby@smith-robertson.com



Richard:

No witnesses will be produced because of various factors as enumerated in our multiple motions.

However, we have authority to remit reimbursement payment as follows:  if unable to cancel without cost, cancellation of court reporter (up to $100); change of airfare IF unable to cancel ($100 per ticket) and cancellation fee IF unable to cancel ($100 per room).  Please provide the cancellation invoices for our records to allow us to cut the reimbursement check(s) as needed.  Please call to discuss.

I will be in USDC tomorrow for a hearing before Judge Seabright at 9:00 a.m.  Please let us know if you wish us to call to seek a status conference with Judge Puglisi tomorrow.

Please call or email if you have any questions.  Thank you.