**EXHIBIT EIGHT –**

**TO BE FILED MANUALLY**