RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

JUSTIN A. BRACKETT (HI Bar No. 9954)
1136 Union Mall, Suite # 805
Honolulu, HI  96813
Telephone: (808) 545-4040
Email:  justinbrackettlaw@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, | ) |
| | ) CASE NO. 1:13-CV-00544 HG-RLP |
| Plaintiff, | ) |
| vs. | ) *ERRATA* RE: PLAINTIFF REED |
| | ) SAILOLA'S MEMORANDUM IN |
| MUNICIPAL SERVICES BUREAU, | ) OPPOSITION TO DEFENDANT |
| and JOHN DOES 1-50. | ) MUNICIPAL SERVICES BUREAU'S |
| | ) MOTION FOR STAY OF |
| Defendant. | ) PROCEEDINGS [Doc. 67]; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) HEARING: |
| | ) |
| | ) NON-HEARING MOTION |
| | ) |
| | ) Judge: <u>Honorable Richard L. Puglisi</u> |
| _____ | ) |

**ERRATA PLAINTIFF REED SAILOLA'S
MEMORANDUM IN OPPOSITION TO
DEFENDANT MUNICIPAL SERVICES BUREAU'S
<u>MOTION FOR STAY OF PROCEEDINGS [Doc. 67]</u>**

Plaintiff Reed Sailola's Memorandum in Opposition to Defendant Municipal Services Bureau's Motion for Stay of Proceedings erroneously states that the e-mail informing Plaintiff's counsel that witnesses would not be produced was received on October 17, 2014, the day before counsel was scheduled to fly to Austin, Texas to conduct Plaintiff's depositions. [Doc. 67] The e-mail was attached as Exhibit One to the Memorandum in Opposition. [Doc. 67-2] Upon review, it appears that the e-mail was received on October 16, 2014, *two days* before counsel was scheduled to fly to Austin, Texas to conduct Plaintiff's depositions.

DATED: Honolulu, Hawaii; October 31, 2014.

<u>s/Richard L. Holcomb</u>
Richard L. Holcomb