```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII
 2

 3   REED SAILOLA,                      *
              Plaintiff,                *
 4                                      *
     VS.                                *      CASE NO.
 5                                      *   1:13-cv-00544 HG-RLP
     MUNICIPAL SERVICES BUREAU          *
 6   AND                                *
     JOHN DOES (1-50),                  *   JURY TRIAL REQUESTED
 7            Defendants.               *

 8

 9

10   ************************************************************

11                      ORAL DEPOSITION OF

12                         MICHAEL DORN

13                       NOVEMBER 17, 2014

14   ************************************************************

15

16

17         ORAL DEPOSITION OF MICHAEL DORN, produced as a

18   witness at the instance of the Plaintiff and duly sworn,

19   was taken in the above styled and numbered cause on the

20   17th day of November, 2014, from 3:01 p.m. to 7:00 p.m.,

21   before GERRI C. RICHARD, CSR in and for the State of

22   Texas, reported by machine shorthand, at the law offices

23   of Smith, Robertson, Elliott & Douglas, LLP, 221 West

24   6th Street, Suite 1100, Austin, Texas, pursuant to the

25   Federal Rules of Civil Procedure.
```

```
 1                        APPEARANCES

 2   FOR THE PLAINTIFF:
         MR. JUSTIN A. BRACKETT
 3       ATTORNEY AT LAW
         1888 Kalakaua Avenue, Suite C-312
 4       Honolulu, Hawaii  96815
         (808) 377-6778
 5       justinbrackettlaw@gmail.com

 6       MR. RICHARD L. HOLCOMB
         HOLCOMB LAW, LLLC
 7       1136 Union Mall, Suite 808
         Honolulu, Hawaii  96813
 8       (808) 545-4040
         rholcomblaw@live.com
 9

10   FOR THE DEFENDANTS:
         MR. A. LEE RIGBY
11       SMITH, ROBERTSON, ELLIOTT & DOUGLAS, LLP
         221 West 6th Street, Suite 1100
12       Austin, Texas  78701
         (512) 225-5800
13       lrigby@smith-robertson.com

14       MR. GLENN T. MELCHINGER (via telephone)
         ALSTON HUNT FLOYD & ING
15       1001 Bishop Street, Suite 1800
         Honolulu, Hawaii  96813
16       (808) 524-1800
         gmelchinger@ahfi.com
17

18   ALSO PRESENT:
         MR. AARON MILLION
19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | Q. In order to refresh your recollection, I'm |
| 2 | going to bring in Defense -- or, I'm sorry, Plaintiff's |
| 3 | Exhibit 3 to this deposition. |
| 4 | (Exhibit No. 3 marked) |
| 5 | Q. Do you recognize this communication? |
| 6 | A. No. No. I don't. |
| 7 | Q. Did you type this up? |
| 8 | A. No. |
| 9 | Q. Do you know who typed it up? |
| 10 | A. No. |
| 11 | Q. Okay. What did the collector do wrong in this |
| 12 | communication? |
| 13 | MR. RIGBY: Objection. Calls for |
| 14 | speculation. It also lacks foundation. |
| 15 | MR. BRACKETT: In order to authenticate |
| 16 | this, I would like to play the recording of the call. |
| 17 | MR. HOLCOMB: And note it was filed by the |
| 18 | Defendant. |
| 19 | MR. BRACKETT: And also I would like to |
| 20 | note for the record that this document was filed by the |
| 21 | Defendant MSB, and it's Document No. 30-2 in this case. |
| 22 | (Recording played) |
| 23 | Q. Was that your voice? |
| 24 | A. Yes. |
| 25 | (Brief Interruption) |

| | | |
|---|---|---|
| 1 | Q. | So was that your voice? |
| 2 | A. | Yes, that's my voice. |
| 3 | Q. | Is there anything in this transcript incorrect? |
| 4 | A. | I mean, it was the tape.  Everything that was on the tape is on this transcript. |
| 6 | Q. | So the transcript is accurate? |
| 7 | A. | Yes. |
| 8 | Q. | Okay.  Did Mr. Sailola tell you he had an attorney? |
| 10 | A. | He said he had an attorney. |
| 11 | Q. | Did you keep trying to collect from him after he told you he was represented by an attorney? |
| 13 | A. | He didn't say he was represented by an attorney.  He had an attorney. |
| 15 | Q. | Did you try to keep collecting from him after he told you he had an attorney? |
| 17 | A. | Yes. |
| 18 | Q. | Did you tell him -- or did he tell you the name of his attorney? |
| 20 | A. | I didn't understand what he was saying. |
| 21 | Q. | Did you ask for the name of his attorney? |
| 22 | A. | No. |
| 23 | Q. | Why not? |
| 24 | A. | Because he's not telling me that he's going to -- this case has been filed with an attorney.  He |

```
 1            I, MICHAEL DORN, have read the foregoing
 2   transcript and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5                            _____
                              MICHAEL DORN
 6
 7
 8   THE STATE OF TEXAS        )(
 9   COUNTY OF _____ )(
10
11        Before me, _____, on
12   this day personally appeared MICHAEL DORN, known to me
13   (or proved to me under oath or through _____)
14   (description of identity card or other document) to be
15   the person whose name is subscribed to the foregoing
16   instrument and acknowledged to me that they executed the
17   same for the purposes and consideration therein
18   expressed.
19            Given under my hand and seal of office this
20   _____ day of _____, ____.
21
22
23
                                  _____
24                                Notary Public in and for
                                  The State of Texas
25
```

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF HAWAII
 2


 3    REED SAILOLA,                     *
              Plaintiff,                *
 4                                      *
      VS.                               *         CASE NO.
 5                                      *    1:13-cv-00544 HG-RLP
      MUNICIPAL SERVICES BUREAU         *
 6    AND                               *
      JOHN DOES (1-50),                 *    JURY TRIAL REQUESTED
 7            Defendants.               *

 8                     REPORTER'S CERTIFICATE

 9       I, GERRI C. RICHARD, Certified Court Reporter,
      certify that the witness, MICHAEL DORN, was duly sworn
10    by me, and that the deposition is a true and correct
      record of the testimony given by the witness on
11    NOVEMBER 17, 2014; that the deposition was reported by
      me in stenograph and was subsequently transcribed under
12    my supervision.
           I FURTHER CERTIFY that I am not a relative,
13    employee, attorney or counsel of the parties, nor a
      relative or employee of such attorney or counsel, nor am
14    I financially interested in the action.
           WITNESS MY HAND on this 25th day of November, 2014.
15

16

17

18
                     _____
19                   GERRI C. RICHARD, Texas CSR 2219
                     Expiration Date: 12-31-15
20                   DepoTexas - Firm Registration #17
                     Sunbelt Reporting - Firm Registration #87
21                   1016 La Posada, Suite 294
                     Austin, Texas  78752
22                   512-465-9100

23

24

25
```

## TELEPHONE CONVERSATION WITH MICHAEL

MSB: Thank you for calling. This is Michael with Municipal Services Bureau. This call may be recorded. How can I help you?

PLTF: Hello?

MSB: Hello?

PLTF: Hello?

MSB: Hello? This is Michael with Municipal Services Bureau. This call may be recorded. How can I help you?

PLTF: I don't know. Somebody was trying to call me.

MSB: OK sir. We did call [redacted] for a Reed Wade Sailola?

PLTF: Yeah.

MSB: OK sir, we was calling you on behalf of the First Judicial Court of Hawaiʻi regarding a DUI. For security purposes, can you verify your date of birth?

PLTF: What was that again?

MSB: Excuse me?

PLTF: [unintelligible] You can say, I didn't hear you.

MSB: I said we was calling you from, on behalf of the First Judicial Court of Hawaiʻi regarding a DUI. For security purposes, can you verify your date of birth?

PLTF: Um...[redacted].

MSB: OK, and the number we called you on, sir, is that a good number to reach you?

PLTF: Yes.

MSB: OK, your fine on that DUI sir, is six hundred twenty dollars and sixty-one cents. Will you be taking care of that by credit card or debit card today?


EXHIBIT " A "

308104.2


Dorn
EXHIBIT NO. 3
11/17/14

| | |
|---|---|
| PLTF: | What was this DUI? I thought I had my attorney, John Burge... |
| MSB: | Excuse me? |
| PLTF: | What was this DUI for? |
| MSB: | This is a DUI impairment Breathalyzer. It was your first offense, uh, occurred on August 7, 2011. And are you still located sir, at [redacted] in Honolulu? |
| PLTF: | Yes. |
| MSB: | OK. And will you be taking care — |
| PLTF: | No, wait. Wait, what was this fine for? |
| MSB: | A DUI impaired Breathalyzer, first offense, on August 7, 2011. |
| PLTF: | I got to go talk to my attorney. |
| MSB: | OK. And you do have our telephone number to give us a call back, sir? |
| PLTF: | Yeah. I'll call back. |
| MSB: | And do you know when you'll be taking care of this fine? |
| PLTF: | I don't know. What was this fine for but? |
| MSB: | DUI, sir. Driving under the influence. |
| PLTF: | Alright, OK, I'll talk to my attorney. Okay, bye. |
| MSB: | OK, thank you. |

308104.2