REDACTED

**From:** Megan Allen [mailto:megan.allen@gilacorp.com]
**Sent:** Tuesday, November 18, 2014 11:04 AM
**To:** Aaron Million; A. Lee Rigby
**Subject:** FW: Debtor information request

**Megan Allen**
Director, Client Services
#512-323-4260
Megan.Allen@Gilacorp.com



**From:** Jeanne M Taketa [mailto:Jeanne.M.Taketa@courts.hawaii.gov]
**Sent:** Tuesday, September 02, 2014 2:02 PM
**To:** Megan Allen
**Subject:** Re: Debtor information request

Hi Megan!  There is a mistake on this case ... the bail that was posted should have covered the fines and fees on this case.  This means that the case should not be at collections.  I expect that staff will remedy this situation by cancelling this case from collections shortly.  Thanks!  :-)jmt

| | |
|---|---|
| From: | Megan Allen <megan.allen@gilacorp.com> |
| To: | 'Jeanne M Taketa' <Jeanne.M.Taketa@courts.hawaii.gov> |
| Date: | 09/02/2014 06:33 AM |
| Subject: | Debtor information request |

Hi Jeanne,

Sorry we missed each other last Friday! I hope you had a wonderful Labor Day weekend ☺.

I will give you a call later today and hopefully we can connect and discuss some additional information we need on a debtor placed with us:

1DTA-11-03671
Placed 7/2/2013
Phone #808-864-4957

Can you confirm how you received the phone number (i.e. debtor citation, etc.)? Are you also able to provide a copy of the actual citation?

Thanks for your help! Hopefully we can connect later today and I can give you more details on why this is needed.

CONFIDENTIAL                                                                         MSB0000064-RED

# EXHIBIT E

Regards,

**Megan Allen**
Director, Client Services
#512-323-4260
[Megan.Allen@Gilacorp.com](mailto:Megan.Allen@Gilacorp.com)

EXPERIENCE · EXECUTION · ETHICS
How Long is Your Road to Revenue Recovery?  MSB

CONFIDENTIAL

MSB0000065 -RED