IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, | ) |
|  | ) CASE NO. 1:13-CV-00544 HG-RLP |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| MUNICIPAL SERVICES BUREAU, | ) |
| and JOHN DOES 1-50. | ) DECLARATION OF RICHARD L. |
|  | ) HOLCOMB |
| Defendant. | ) |
|  | ) |
| _____ | ) |

### DECLARATION OF RICHARD L. HOLCOMB

1. My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in Hawaiʻi. I am admitted to practice in this Court. I represent the Plaintiff, Reed Sailola, in the above-styled case.

2. I prepared the foregoing Motion for Partial Summary Judgment, the Memorandum in Support of the Motion for Partial Summary Judgment and the Concise Statement of Facts. I believe that all factual averments in those documents are true.

3. As a Hawaii Attorney who has represented a number of clients in traffic and traffic crime cases in the District Courts for Hawaii, I am intimately familiar with eKokua. eKokua is Hawaii's online system that allows any member of the

1

public to access records of traffic related crimes and citations and is accessible through the Hawaii State Judiciary's website.

4. I have attached as **Exhibit "A"** true and exact copies of selected Interactive Intelligence's marketing materials that are available online. On December 2, 2014, I accessed those materials at http://www.inin.com/solutions/pages/predictive-dialer-software.aspx.

5. I have attached as **Exhibit "B"** a true and exact copy of MSB's Deposition of Linda Tom Upon Written Interrogatories, which includes not only the Written Interrogatories, but also the subpoena duces tecum served upon the Hawaii Judiciary by MSB and the Judiciary's responsive documents. This document has been previously filed with this Court as Doc. 67-7.

6. I have attached as **Exhibit "D"** a true and exact copy of the Consumer Fact Sheet that was produced in discovery by MSB. This Document has been previously filed with this Court as Doc. 67-6.

7. I have attached as **Exhibit "E"** true and exact copies of the certified Notices of Entry of Judgment that resulted from Mr. Sailola's court proceedings in Case No. 1DTA-11-03671 on January 7, 2013 and June 6, 2013. I was able to obtain these documents by simply submitting a request to the Hawaii State Judiciary and believe that any member of the public can do the same.

8. I have attached as **Exhibit "F"** a true and exact copy of the eKokua printout of Case No. 1DTA-11-03671.

9. I have attached as **Exhibit "G"** a true and exact copy of the transcript of the December 6, 2012 proceedings in Case No. 1DTA-11-03671.

10. I will cause to be manually filed as **Exhibit "H"** true and exact copies of the recordings of the January 7 and June 6, 2013 proceedings in Case No. 1DTA-11-03671.

11. I have attached as **Exhibit "I"** a true and exact copy of the transcript, provided by MSB, of the telephone conversation between Mr. Sailola and MSB that occurred on July 8, 2013. This document was previously filed with this Court as Doc. 30-2.

12. I have attached as **Exhibit "J"** a true and exact copy of the amicus brief that was submitted by the FCC at the request of the Second Circuit Court of Appeals in the case styled *Nigro v. Mercantile Adjustment Bureau, LLC*, 769 F.3d 804, 806-07 (2d Cir. 2014).

13. I am requesting to file under seal **Exhibit "K"**, which is a true and exact copy of excerpts from the deposition of Defendant's Rule 30(b)(6) representative, Aaron Million, on November 20, 2014.

14. I am requesting to file under seal **Exhibit "L"**, which is a true and exact copy of excerpts from the from the Interaction Dialer for Administrators Classroom Manual created by Interactive Intelligence, Inc.

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct to the best of my knowledge.

DATED:  Honolulu, Hawaii, December 3, 2014.

*s/Richard L. Holcomb*
Richard L. Holcomb
Attorney for Plaintiff
