CALL US: 1 800.267.1364

# · ✦ · INTERACTIVE INTELLIGENCE

OUR SOLUTIONS   RESOURCES   ABOUT US   PARTNER WITH US   CONTACT US

## Interaction Dialer®

WHAT'S IN IT FOR ME?   FEATURES   PRODUCT UPDATE   RELATED SOLUTIONS   RELATED SERVICES   RESOURCES

- Comprehensive multi-site campaign management
- Skills-based dialing based on agent skill availability — perfect for state-based licensing
- Inbound/outbound call blending
- Stage-based predicting using our patented predictive algorithm, to elevate agent productivity and contact success rates
- Real-time connectivity to third-party Do Not Call (DNC) services, such as DNC.com (Contact Center Compliance), and in-house DNC lists, to better ensure regulatory compliance
- A complete SIP-based "all software" architecture to support outbound campaigns in a VoIP environment and reduce IT complexity

EXHIBIT "A"

**INTERACTIVE INTELLIGENCE**   **SITE MAP**

7601 Interactive Way
Indianapolis, Indiana 46278
USA
Call: **+1 800.267.1364**

| | | |
|---|---|---|
| Contact Center | Resources | Careers |
| Unified Communications | About Us | Buy |
| | Portals | Privacy Policy |
| Business Process Automation | Events | Legal |
| Solutions in the Cloud | Partner Programs | Trust |
| | Education Services | News Room |
| Services | | |

© 2014 Interactive Intelligence, Inc. All Rights Reserved

EXHIBIT "A"

CALL US: **1 800.267.1364**

## ⦁ ✗ ⦁ INTERACTIVE INTELLIGENCE

OUR SOLUTIONS    RESOURCES    ABOUT US    PARTNER WITH US    CONTACT US

# Interaction Dialer®

| WHAT'S IN IT FOR ME? | FEATURES | PRODUCT UPDATE | RELATED SOLUTIONS | RELATED SERVICES | RESOURCES |

Exhibit "A"

## Make outbound dialing even more powerful.

As a predictive dialer system, the *Interaction Dialer* software easily pre-integrates to the Customer Interaction Center™ (CIC) for outbound and blended predictive dialing and simplified campaign management. Interaction Dialer also extends functionality for intelligent campaign staging, advanced call scripting, compliance options, and more.



But the real advantage of Interaction Dialer and CIC is the power it delivers for virtually any outbound environment — contact centers, outsourcers, collections — and for predictive dialing scenarios of all kinds.

The best defense against regulatory violations and fines is an effective compliance plan. With tools that can assist in complying with US and international sales and collections regulations, Interaction Dialer helps your business keep campaign compliance in check.

Automating contact center operations has never come with so many options. Interaction Dialer is available as a premise-based solution, a **cloud hosted contact center solution** (Communications as a Service) for a fixed monthly cost, and a managed service where we do it all.

**INTERACTIVE INTELLIGENCE**

**SITE MAP**

7601 Interactive Way
Indianapolis, Indiana 46278
USA
Call: **+1 800.267.1364**

Contact Center
Unified Communications
Business Process Automation
Solutions in the Cloud
Services

Resources
About Us
Portals
Events
Partner Programs
Education Services

Careers
Buy
Privacy Policy
Legal
Trust
News Room

© 2014 Interactive Intelligence, Inc. All Rights Reserved

Exhibit "A"