## Consumer Fact Sheet

POWERED BY **CR Softw/re**
A Higher Return On Intelligence

| | | | | | |
|---|---|---|---|---|---|
| **Consumer ID:** | 11303223 | | **Current Address:** | | |
| **Consumer Name:** | SAILOLA, REED | | | | |
| **Current Workgroup:** | Legal Hold (LGLHLD) | | | | |
| **Last 4 of SSN/EIN:** | 8597 | | HONOLULU | HI | 96816 |
| **Next Contact Date:** | 10/11/2013 12:00:00 AM | | | | |

| Phone ID | Phone Number | Extension | Phone Type | Source | Status | Score |
|---|---|---|---|---|---|---|
| Count: 0 | | | | | | |

| Bucket Balance Name | Original Balance | Current Balance |
|---|---|---|
| OverPay | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| AddOn | 0.00 | 108.61 |
| Pri | 512.00 | 512.00 |
| Int | 0.00 | 0.00 |
| CourtCst | 0.00 | 0.00 |
| ColCha | 0.00 | 0.00 |
| PlaCha | 0.00 | 0.00 |
| Total : | $512.00 | $620.61 |

| Account ID | Reference ID | Creditor Name | Highest Priority Tag | Placement Date | Original Balance | Current Balance |
|---|---|---|---|---|---|---|
| 514274023 | 1DTA-11-03671 | HAWAII, 1ST JUDICIAL CIRCUIT (HAWCTHI1) | AC | 7/2/2013 12:00:00 AM | 512.00 | 620.61 |
| Count: 1 | | | | | $512.00 | $620.61 |

| Financial Tx ID | Amount | Status | Memo Code | Entered User | Entered Date | Comment |
|---|---|---|---|---|---|---|
| Count: 0 | | | | | | |

| Event ID | Action Code | Result Code | Username | Timestamp | Comment |
|---|---|---|---|---|---|
| 918207625 | DelPhone | DelPhone | aaron.million | 11/4/2013 10:30:48 AM | Deleted Consumer phone. Details: {Type= {UNKNOWN} , Number=8088644957, Ext.=, Country= {US} , Phone Status= {VALID-DONOTCALL} , Phone Source= {CLIENT} } |

Execution Time: 11/13/2013 1:34:26 PM          **MSB000030**

Execution Time: 11/13/2013 1:34:26 PM

MSB000031

Exhibit "D"

| 918207598 | PhoneUpd | PhoneUpd | aaron.million | 11/4/2013 10:30:35 AM | Saved Consumer phone. Details: {Type= {UNKNOWN} , Number=8088644957, Ext.=, Country= {US} , Phone Status= {VALID-DONOTCALL} , Phone Source= {CLIENT} } |
| 918207352 | TagCnsmr | TagCnsmr | aaron.million | 11/4/2013 10:29:09 AM | Saved Consumer Tag. Details: {TagAssignDate=Mon Nov 04 10:29:09 CST 2013, Tag= {name=Cease Calls, short name=NoCalls, type= {description=Cease Calls to Consumer} } } |
| 918207353 | TagCnsmr | TagCnsmr | aaron.million | 11/4/2013 10:29:09 AM | Saved Consumer Tag. Details: {TagAssignDate=Mon Nov 04 10:29:09 CST 2013, Tag= {name=No Email Consent, short name=NOEMAIL, type= {description=Email or Text message approval} } } |
| 918207354 | TagCnsmr | TagCnsmr | aaron.million | 11/4/2013 10:29:09 AM | Saved Consumer Tag. Details: {TagAssignDate=Mon Nov 04 10:29:09 CST 2013, Tag= {name=No Text Consent, short name=NOTEXT, type= {description=Email or Text message approval} } } |
| 918207146 | COMMENT | CO | aaron.million | 11/4/2013 10:28:36 AM | Received SOP - Reed Sallola vs. Municipal Svcs Bureau, et al. Dfts Account moved to LGLHLD |
| 918206514 | ChgWrkg | ChgWrkg | aaron.million | 11/4/2013 10:27:00 AM | Moved Workgroup: From DftWkgp to LGLHLD |
| 918148844 | DCHP | PM | dialer | 11/2/2013 4:29:48 PM | Rec to Machine |
| 914290840 | DCHP | WN | dialer | 10/25/2013 10:05:04 PM | Wrong Number |
| 913716590 | DCHP | PM | dialer | 10/24/2013 4:49:08 PM | Rec to Machine |
| 912262980 | DCHP | PM | dialer | 10/22/2013 10:11:05 PM | Rec to Machine |
| 908217795 | DCHP | UK | dialer | 10/14/2013 1:17:28 PM | UnRec I3 Finish Code |
| 905928991 | TELEPHONE RESIDENCE | AM | temecia.hickson | 10/9/2013 1:14:14 PM | lmor |
| 905928992 | CallBack | CallBack | temecia.hickson | 10/9/2013 1:14:14 PM | This call back is generated by A/R Event with id: 905928991. Next Consumer Contact time set to Fri Oct 11 00:00:00 CDT 2013 |
| 905828808 | DCHP | PM | dialer | 10/8/2013 4:35:19 PM | Rec to Machine |
| 905326523 | DCHP | PM | dialer | 10/7/2013 8:24:36 PM | Rec to Machine |
| 904653685 | SntLtr2 | SntLtr2 | dialer | 10/6/2013 8:45:32 PM | Second Letter Sent : 0J5 |
| 903628835 | TELEPHONE RESIDENCE | LM | matthew.davis | 10/4/2013 2:53:44 PM | MACH |
| 903628836 | CallBack | CallBack | matthew.davis | 10/4/2013 2:53:44 PM | This call back is generated by A/R Event with id: 903628835. Next Consumer Contact time set to Sun Oct 06 00:00:00 CDT 2013 |
| 903523260 | DCHP | PM | dialer | 10/3/2013 5:53:05 PM | Rec to Machine |
| 901953332 | DCHP | UK | dialer | 9/30/2013 2:40:38 PM | UnRec I3 Finish Code |
| 901312372 | DCHP | PM | dialer | 9/28/2013 4:06:19 PM | Rec to Machine |
| 900870299 | DCHP | NA | dialer | 9/27/2013 1:20:42 PM | No Answer |
| 900394058 | DCHP | PM | dialer | 9/26/2013 1:07:09 PM | Rec to Machine |
| 899840563 | DCHP | PM | dialer | 9/25/2013 9:17:29 PM | Rec to Machine |
| 897091180 | TELEPHONE RESIDENCE | AM | yolanda.gonzalez | 9/20/2013 3:29:34 PM | lm |
| 897091181 | CallBack | CallBack | yolanda.gonzalez | 9/20/2013 3:29:34 PM | This call back is generated by A/R Event with id: 897091180. Next Consumer Contact time set to Mon Sep 23 00:00:00 CDT 2013 |
| 896996685 | DCHP | NA | dialer | 9/19/2013 9:34:17 PM | No Answer |
| 896442440 | DCHP | PM | dialer | 9/18/2013 9:12:17 PM | Rec to Machine |

Execution Time: 11/13/2013 1:34:26 PM

MSB000032

Exhibit "D"

Execution Time: 11/13/2013 1:34:26 PM

MSB000033

Exhibit "D"

| | | | | | |
|---|---|---|---|---|---|
| 894460397 | DCHP | PM | dialer | 9/13/2013 6:58:04 PM | Rec to Machine |
| 893876551 | DCHP | NA | dialer | 9/12/2013 7:46:16 PM | No Answer |
| 891797514 | DCHP | PM | dialer | 9/9/2013 10:18:05 PM | Rec to Machine |
| 890761342 | DCHP | NA | dialer | 9/6/2013 10:20:35 PM | No Answer |
| 890176858 | DCHP | PM | dialer | 9/5/2013 7:28:03 PM | Rec to Machine |
| 889605946 | SntLtr2 | SntLtr2 | dialer | 9/5/2013 10:08:30 AM | Second Letter Sent : 0J5 |
| 889551185 | DCHP | NA | dialer | 9/4/2013 6:14:54 PM | No Answer |
| 888322052 | DCHP | PM | dialer | 8/31/2013 1:26:46 PM | Rec to Machine |
| 887851070 | DCHP | PM | dialer | 8/30/2013 1:01:42 PM | Rec to Machine |
| 885965699 | TELEPHONE RESIDENCE | AM | victoria.guerrero | 8/28/2013 2:31:56 PM | No message entered. |
| 885965700 | CallBack | CallBack | victoria.guerrero | 8/28/2013 2:31:56 PM | This call back is generated by A/R Event with Id: 885965699. Next Consumer Contact time set to Fri Aug 30 00:00:00 CDT 2013 |
| 884238277 | DCHP | PM | dialer | 8/26/2013 10:51:54 PM | Rec to Machine |
| 881623898 | TELEPHONE RESIDENCE | AM | crystal.perry | 8/22/2013 8:47:57 PM | lm |
| 881623899 | CallBack | CallBack | crystal.perry | 8/22/2013 8:47:57 PM | This call back is generated by A/R Event with Id: 881623898. Next Consumer Contact time set to Sat Aug 24 00:00:00 CDT 2013 |
| 881481354 | DCHP | PM | dialer | 8/21/2013 1:05:19 PM | Rec to Machine |
| 877375086 | DCHP | PM | dialer | 8/15/2013 1:01:25 PM | Rec to Machine |
| 876662982 | DCHP | NA | dialer | 8/14/2013 6:10:04 PM | No Answer |
| 875903619 | DCHP | PM | dialer | 8/13/2013 9:58:34 PM | Rec to Machine |
| 875071123 | DCHP | SA | dialer | 8/12/2013 9:50:33 PM | System Hangup Attend |
| 873657275 | DCHP | NA | dialer | 8/9/2013 3:14:51 PM | No Answer |
| 873098680 | DCHP | PM | dialer | 8/8/2013 1:13:47 PM | Rec to Machine |
| 872441438 | DCHP | NA | dialer | 8/7/2013 2:19:16 PM | No Answer |
| 871817413 | DCHP | PM | dialer | 8/6/2013 5:29:54 PM | Rec to Machine |
| 870714364 | DCHP | NA | dialer | 8/5/2013 1:20:13 PM | No Answer |
| 869822419 | DCHP | PM | dialer | 8/3/2013 1:01:31 PM | Rec to Machine |
| 868593381 | DCHP | PM | dialer | 8/1/2013 1:02:05 PM | Rec to Machine |
| 866711378 | TELEPHONE RESIDENCE | AM | latonya.ray | 7/30/2013 3:48:44 PM | VMAIL LEFT  A MSG |
| 866711379 | CallBack | CallBack | latonya.ray | 7/30/2013 3:48:44 PM | This call back is generated by A/R Event with Id: 866711378. Next Consumer Contact time set to Thu Aug 01 00:00:00 CDT 2013 |
| 866668396 | DCHP | PM | dialer | 7/29/2013 5:42:15 PM | Rec to Machine |
| 865275930 | DCHP | PM | dialer | 7/26/2013 5:22:00 PM | Rec to Machine |

Execution Time: 11/13/2013 1:34:26 PM                    MSB000034

Execution Time: 11/13/2013 1:34:26 PM

MSB000035

Exhibit "D"

| 864542589 | DCHP | NA | dialer | 7/25/2013 9:46:07 PM No Answer |
|---|---|---|---|---|
| 863964217 | DCHP | NA | dialer | 7/24/2013 7:32:05 PM No Answer |
| 863374287 | DCHP | PM | dialer | 7/23/2013 5:47:34 PM Rec to Machine |
| 862806053 | DCHP | PM | dialer | 7/22/2013 1:57:01 PM Rec to Machine |
| 861373847 | DCHP | NA | dialer | 7/19/2013 1:42:44 PM No Answer |
| 860830965 | DCHP | PM | dialer | 7/18/2013 1:11:05 PM Rec to Machine |
| 860179460 | DCHP | PM | dialer | 7/17/2013 4:22:28 PM Rec to Machine |
| 859620646 | DCHP | PM | dialer | 7/16/2013 9:33:25 PM Rec to Machine |
| 858981505 | DCHP | PM | dialer | 7/15/2013 7:45:31 PM Rec to Machine |
| 855578596 | DCHP | PM | dialer | 7/8/2013 9:01:48 PM Rec to Machine |
| 855052414 | CONSUMER CALLED OFFICE | UnableToPay | michael.dorn | 7/8/2013 11:02:46 AM good nmbr mrd addck |
| 855052415 | CallBack | CallBack | michael.dorn | 7/8/2013 11:02:46 AM This call back is generated by A/R Event with id: 855052414. Next Consumer Contact time set to Mon Jul 15 00:00:00 CDT 2013 |
| 855052270 | PhoneUpd | PhoneUpd | michael.dorn | 7/8/2013 11:00:55 AM Saved Consumer phone. Details: {Type= {UNKNOWN} , Number=8088644957, Ext.=, Country= {US} , Phone Status= {VALID} , Phone Source= {CLIENT} } |
| 855052271 | TagCnsmr | TagCnsmr | michael.dorn | 7/8/2013 11:00:55 AM Saved Consumer Tag. Details: {TagAssignDate=Mon Jul 08 11:00:55 CDT 2013, Tag= {name=New Phone, short name=NewPhone, type= {description=Skip Tracing } } } |
| 854983208 | DCHP | PM | dialer | 7/6/2013 2:05:34 PM Rec to Machine |
| 854522624 | DCHP | PM | dialer | 7/5/2013 1:23:44 PM Rec to Machine |
| 854013746 | SntLtr1 | SntLtr1 | dialer | 7/5/2013 9:24:45 AM First Letter Sent: 0J4 |
| 853996991 | DCHP | PM | dialer | 7/3/2013 3:36:03 PM Rec to Machine |

**Count: 77**

Execution Time: 11/13/2013 1:34:26 PM

**MSB000036**

Exhibit "D"

Execution Time: 11/13/2013 1:34:26 PM

MSB000037

Exhibit "D"