# DISTRICT COURT OF THE FIRST CIRCUIT — STATE OF HAWAI'I
DIVISION: HONOLULU DIVISION   Monday, 7 January, 2013   13:30   TRAFFIC COURT   Room: 10D

## NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT
Print: 13:30

| Case No. | Date | Name | | Citation/Report No. |
|---|---|---|---|---|
| 1DTA-11-03671 | 01/07/2013 | State v. Reed W Sailola | 018742 | 11284396 |

| Also Case No. | Violation Section | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|
| 13 (Count 1) | HRS 291E-61(a)(1)(3)(b)(1) | | | |

**Traffic Infraction:** [ ] Mitigation/Admit  [ ] Contested Hearing/Denied  [ ] Written Statement

**Traffic Crime Plea:** [ ] GUILTY  [ ] NO CONTEST  [ ] NOT GUILTY

**The Court has:**
- [ ] Entered default judgment.
- [ ] Entered judgment in favor of the State. (See below)
- [ ] Entered judgment in your favor. (See below)
- [ ] Vacated the judgment & set for Trial de Novo.

**TRIAL HAD:** [ ] FOUND GUILTY  [ ] FOUND NOT GUILTY

**JAIL:** Hours/Days __ Months __ Suspended __ Year __   Hours/Days __ Months __ Year __  [ ] Concurrent [ ] Consecutive [ ] Credit

**FINE/JUDGMENT** $ __ Suspended __ Days/Months/Year   Suspended Sentence __ Days/Months/Year

**LICENSE:** Days [ ] Absolute  [ ] SUSPENDED  Months [ ] 30 days absolute; may drive 60 days to and from work;  [ ] REVOKED  Year   work related purposes and class only  [ ] Concurrent with Administrative Revocation

| Restitution $ | CICF $ | PFA $ | DE $ | DUI DE $ | CPRC $ | NTF $ | CTC $ | SFE $ | ADF $ | R20 $ | SGF $ | Other Fees $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

- [ ] DAGP (Deferred Acceptance of Guilty Plea)
- [ ] DANCP (Deferred Acceptance of Nolo Contendere)
- [ ] PROBATION (See attached form)

Days __ Months __ Year __

**CONDITIONS:** _Sentence_

- [ ] Demanded Jury Trial
- [ ] Waived Jury Trial  [ ] Signed & Filed
- [ ] Waived Presence of Defendant
- [ ] Waived Reading of the Charge
- [ ] Waived Right to Counsel
- [ ] Waived Speedy Trial & Rule 48
- [ ] Retained Own Counsel
- [ ] Requested Interpreter, Language: __

**FISCAL USE:** _Perfection of Appeal (Transcript requested & exhibits needed for appeal)_

**Referred to:**
- [ ] Adult Community Service and Restitution Unit __ Hours
- [ ] District Court Probation

**Driver Education:**
- [ ] 10 hours AARP Minimum    [ ] Alcohol Assessment
- [ ] Driver Improvement Course  [ ] 14 hours AARP Minimum
- [ ] Need Not Return if Complied  [ ] CPRC Course
- [ ] Public Defender (See Back)

- [ ] Discharged
- [ ] Dismissed [ ] With Prejudice [ ] Without Prejudice
- [ ] No Further Action Taken
- [ ] Nolle Prosequi
- [ ] Stricken

[ ] Penal Summons by  [ ] Judicial Services  [ ] TVB
Bail Forfeiture $ __ & No Further Action
Bail Forfeiture $ __ & Bench Warrant $ __
Bond Forfeiture $ __ & Bench Warrant $ __
Bail Forfeiture $ __ of __ Set Aside

**BAIL SET AT $** ____   [ ] Custody  [ ] Aggregate  [ ] No Bail Set  [ ] Cash Only  [ ] Release to Appear  [ ] Refund Bail

**BAIL/BOND POSTED:** 1,000.00   **RECEIPT NO./BONDSMAN:** 1DHP011316  3  Sailola, Reed Wade

**OFFICER/BADGE/ID#:** _Continued_

**ATTORNEY:** _Jonathan Burge_

**RETURN COURT DATE FOR:** DATE / FLOOR / COURTROOM   TIME
- PAYMENT:
- SENTENCE:
- PROOF OF COMPLIANCE:
- DAGP/DANCP:
- ARRAIGNMENT PLEA & TRIAL/TRIAL:
- HEARING:
- COMMITTED TO CIRCUIT COURT:
- TRANSFERRED TO: [ ] 'EWA [ ] HONOLULU [ ] KĀNE'OHE [ ] WAHIAWĀ [ ] WAI'ANAE

Sailola, Reed Wade
Def's Signature __  Address: __
Phone No.: __ (home)  __ (work)  Judge/Clerk: __

I hereby certify that the information provided herein is extracted from the official records of the District Courts of the State of Hawaii
JUL - 2 2014
Clerk, District Court of the First Circuit State of Hawaii

Reprographics (05/12)                                      1D-V-10
COURT COPY
Exhibit "E"

# DISTRICT COURT OF THE FIRST CIRCUIT — STATE OF HAWAII
## DIVISION: HONOLULU DIVISION   Thursday, 6 June, 2013   13:30   TRAFFIC COURT   Room: 10D

### NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT   Print: 13:30

| Case No. | Date | Name | | Citation/Report No. |
|---|---|---|---|---|
| 1DTA-11-03671 | 06/06/2013 | State v. Reed W Sailola | @18742 | 11284396 |

| Also Case No. | Violation Section | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|
| 13 (Count 1) | HRS 291E-61(a)(1)(3)(b)(1) | | | |

**Traffic Infraction:** [ ] Mitigation/Admit [ ] Contested Hearing/Denied [ ] Written Statement

**Traffic Crime Plea:** [ ] GUILTY [ ] NO CONTEST [ ] NOT GUILTY

**TRIAL HAD:** [ ] FOUND GUILTY [ ] FOUND NOT GUILTY

**The Court has:**
- [ ] Entered default judgment.
- [ ] Entered judgment in favor of the State. (See below)
- [ ] Entered judgment in your favor. (See below)
- [ ] Vacated the judgment & set for Trial de Novo.

JAIL   Hours/Days ___ Hours/Days [✓] Concurrent
Months Suspended  Months ___ [ ] Consecutive
Year  Year ___ [ ] Credit

**FINE/JUDGMENT** $ ___ Suspended ___ Days/Months/Year   Suspended Sentence ___ Days/Months/Year

**LICENSE:** [ ] SUSPENDED [ ] REVOKED  Days/Months/Year
[ ] Absolute
[ ] 30 days absolute; may drive 60 days to and from work; work related purposes and class only
[ ] Concurrent with Administrative Revocation

| Restitution | CICF | PFA | DE | DUI DE | CPRC | NTF | CTC | SFE | ADF | R20 | SGF | Other Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |

- [ ] DAGP (Deferred Acceptance of Guilty Plea)   Days
- [ ] DANCP (Deferred Acceptance of Nolo Contendere)   Months
- [ ] PROBATION (See attached form)   Year
- [ ] Demanded Jury Trial
- [ ] Waived Jury Trial [ ] Signed & Filed
- [ ] Waived Presence of Defendant
- [ ] Waived Reading of the Charge
- [ ] Waived Right to Counsel
- [ ] Waived Speedy Trial & Rule 48
- [ ] Retained Own Counsel
- [ ] Requested Interpreter, Language: _____

**CONDITIONS:** DAF
File (not provided by Pros.)

**FISCAL USE:** Sentence stayed pending appeal. (Notice of appeal filed 5/28/13).

**Referred to:**
- [ ] Adult Community Service and Restitution Unit ___ Hours
- [ ] District Court Probation

**Driver Education:**
- [ ] 10 hours AARP Minimum   [ ] Alcohol Assessment
- [ ] Driver Improvement Course   [ ] 14 hours AARP Minimum
- [ ] Need Not Return if Complied   [ ] CPRC Course
  [ ] Public Defender (See Back)

- [ ] Discharged
- [ ] Dismissed [ ] With Prejudice [ ] Without Prejudice
- [ ] No Further Action Taken
- [ ] Nolle Prosequi
- [ ] Stricken
- [ ] Penal Summons by [ ] Judicial Services [ ] TVB

Bail Forfeiture $ 1,000 & No Further Action
Bail Forfeiture $ ___ & Bench Warrant $ 300
Bond Forfeiture $ ___ & Bench Warrant $ ___
Bail Forfeiture $ ___ of ___ Set Aside

S/POC/BF/BW recalled

**BAIL SET AT $** ___ (Jack)
[✓] Custody [ ] Aggregate
[ ] No Bail Set [ ] Cash Only
[ ] Release to Appear [ ] Refund Bail

BAIL/BOND POSTED   RECEIPT NO./BONDSMAN
1,000.00  1NMP0113163   Sailola, Reed Wade

OFFICER/BADGE/ID# _____

ATTORNEY _____

**RETURN COURT DATE FOR:**

| | DATE / FLOOR / COURTROOM | TIME |
|---|---|---|
| PAYMENT | | |
| SENTENCE | | |
| PROOF OF COMPLIANCE | | |
| DAGP / DANCP | | |
| ARRAIGNMENT PLEA & TRIAL/TRIAL DE NOVO | | |
| HEARING: | | |
| COMMITTED TO CIRCUIT COURT | | |
| TRANSFERRED TO: [ ] 'EWA [ ] HONOLULU [ ] KĀNE'OHE [ ] WAHIAWĀ [ ] WAI'ANAE | | |

I hereby certify that the foregoing is a true and correct copy of the original.
JUL – 2 2014
Clerk, District Court of the First Circuit, Honolulu Division

Sailola, Reed Wade
Def's Signature _____   Address: _____
Phone No.: _____ (home) _____ (work)   Judge/Clerk: D Lo / K Suzuki

Reprographics (05/12)   Exhibit "E"   DC-V-103
**COURT COPY**