# PRINTABLE CALENDAR VIEW

Generated: 13-NOV-2013 10:01 AM

Search Criteria: Case Id or Citation Number: 1DTA-11-03671

1 record(s) total

| Case Details | Filing Info | Balance |
|---|---|---|
| Case ID: 1DTA-11-03671 - State v. Reed W Sailola -NON JURY-<br>Type: TC - Traffic Crime<br>Status: CLOSEDJ - Adjudicated<br>Last Updated: 01-Jul-2013<br>ID: @18742  JUV: N<br>Party Status: Released to Appear | Filing Date: MONDAY, AUGUST 22, 2011<br>Court: FIRST CIRCUIT<br>Location: HONOLULU DIVISION | Balance Due: $512.00 |
| CDL: U CMV: U HAZ: U | Citation / Arrest: | Alleged Speed: ~ / ~ |

This case has been referred to a collection agency due to non-payment.

**Violations**

| Violation | | | Disposition | | | Sentence | | |
|---|---|---|---|---|---|---|---|---|
| No. | Code | Description | Date | Code | Description | Date | Code | Description | Length |
| 1 | HRS 291E-61(a)(1)(3)(b)(1) | DUI(IMPAIR/BRTH)-1ST OFNS | 08/07/2011 | GLTB | Guilty-Bench Verdict | 12/06/2012 | 250 | $250 Fine/Monetary Assmt | |
| | | | | | | | CV1 | $30 Crime Victim Fee | |
| | | | | | | | DE7 | $7 Driver Education Assmt Fee | |
| | | | | | | | DEC | $100 DUI DE | |
| | | | | | | | N25 | $25 Neurotrauma Surcharge | |
| | | | | | | | DAF | $250 Drug Demand Reduction Fee | |
| | | | | | | | S | Suspended | |
| | | | | | | | LR | Driver License Revoked | 1.0-Years |
| | | | | | | | SAA | Sub Abuse Assmt & Treatment | |
| | | | | | | | SAR | Substance Abuse Rehab Prg-14H | |
| | | | | | | | RDE | Refer to Driver Ed | |

**Related Cases**

No related cases were found.

| Date | Docket | Party |
|---|---|---|
| 08/08/2011 | Bond - Cash Posted | |

MSB000039

Exhibit "F"

| Date | Docket | Party |
|---|---|---|
| 08/22/2011 | Complaint | |
| 09/06/2011 | Hearing Held<br>RICHARDSON:JONASSEN:SUEHIRO: Defendant not present (presence waived). R. Holcomb for J. Burge-defending, present. Was handed a copy of the complaint & waived reading of the charge. Bail to continue. (APT 11/23/11pm-10D) | |
| 09/06/2011 | Order & Notice of Entry of Ord | |
| 11/17/2011 | Motion for _____<br>SIONE/FULLER: Defendant's Motion to Dismiss (Re: Failure to Allege an Essential Fact) Declaration of counsel Memorandum of Law Notice of Hearing of Motion Certificate of Service filed by Atty Jonathan Burge for deft. (APT/HMT 11/23/11PM-10D) | |
| 11/18/2011 | Close Event | |
| 11/23/2011 | Order/Notice of Entry Printed<br>Docket entry for the letter produced from NMAMAIN on 23-NOV-2011 by J1DHNCTKLU. | |
| 11/23/2011 | Hearing Held<br>CARDWELL:OKUBO:WATANABE/SUZUKI: Defendant and J. Burge-defending, present. Defense's written Motion to Dismiss - denied. State ready on (a)(1) only. Defense counsel ill and requested continuance - granted. Time charged to defense. Next court date at Defense's request. Bail to continue. (APT 2/22/12PM - 10D) | |
| 11/23/2011 | Oral Order Motion Denied<br>Defense's written Motion to Dismiss (filed 11/7/11) | |
| 11/23/2011 | Motion to Continue<br>orally by Defense | |
| 11/23/2011 | Oral Order Motion Granted | |
| 11/23/2011 | Order & Notice of Entry of Ord | |
| 02/21/2012 | Document<br>MORITA/FULLER: STATE'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS RE: FAILURE TO ALLEGE AN ESSENTIAL FACT FILED 11/18/11 CERT OF SVC FILED BY DPA ANNE K. CLARKIN. (HRG 2/22/12PM-10D) | |
| 02/22/2012 | Order/Notice of Entry Printed<br>Docket entry for the letter produced from NMAMAIN on 22-FEB-2012 by J1DHNCTTLC. | |
| 02/22/2012 | Hearing Held<br>LJLEE:CLARKIN:CHAN/NAKASONE: Defendant and Jonathan Burge, defending present. (APT 03/22/12PM-10C). Bail continued. | |
| 02/22/2012 | Motion to Continue<br>Orally entered by the State (Officer Del Toro not present and rule 48 runs 5/4/12) objected by Defense. | |
| 02/22/2012 | Oral Order Motion Granted | |
| 02/22/2012 | Order & Notice of Entry of Ord | |
| 03/22/2012 | Hearing Held<br>Pacarro:Renteria:Watanabe: Jonathan Burge-defending present bench warrant taken under advisement requested/granted continuance pending Nesmith decision over State's objection who was ready bail to continue. Defense waived speedy trial/Rule 48. (Status 5/24/12PM-10C) | |
| 03/22/2012 | Motion to Continue<br>orally by Defense | |

MSB000040

| Date | Docket | Party |
|---|---|---|
| 03/22/2012 | Oral Order Motion Granted | |
| 03/22/2012 | Order & Notice of Entry of Ord | |
| 05/18/2012 | Document<br>MORITA/PUA: Defendant's opposition to state's motion to amend certificate of service by Jonathan Burge, attorney for defendant. (STA/HMT 5/24/12 PM-10C) | |
| 05/18/2012 | Motion to Suppress<br>MORITA/RODRIGUES: Motion to Suppress Statement and Evidence of Defendant's Breath or Blood Test Certificate of Service filed by atty. Jonathan Burge. (HMT/STA 5/24/12PM-10C). | |
| 05/24/2012 | Document<br>SIONE/PUA: State's memorandum in opposition to defendant's motion to suppress statements and evidence of defendant's breath or blood test certificate of service by DPA Nicholas K. Lee. (STA/HMT 5/24/12 PM-10C) | |
| 05/24/2012 | Motion for _____<br>RAGMAT/RODRIGUES: Motion to Amend Complaint Memorandum in Support of Motion to Amend Complaint Certificate of Service filed by DPA, David Van Acker. (HMT/STA 5/24/12AM-10C). *NOTE: Mot has AM time instead of PM. | |
| 05/24/2012 | Hearing Held<br>LUKE:LEE:CRISTOBAL: Defendant and J. Burge-defending, present was served a motion to amend complaint and memo in opposition to motion to suppress. Defense waived rule 48. (hmt/apt 9/6/12pm-10c) bail continued. (Cd 10c #2:12:20) | |
| 05/24/2012 | Oral Order Motion Granted<br>to motion to amend complaint | |
| 05/24/2012 | Complaint Amended<br>filed and 2 copies served to defense. | |
| 05/24/2012 | Order & Notice of Entry of Ord | |
| 08/25/2012 | Motion to Dismiss<br>EFile Document upload of type Motion to Dismiss | Sailola, Reed Wade |
| 08/25/2012 | Motion to Dismiss<br>EFile Document upload of type Motion to Dismiss | Sailola, Reed Wade |
| 09/06/2012 | Hearing Held<br>WONG:CLARKIN:TSUCHIYAMA: Defendant & Jonathan Burge-defending, present. Defense's Motion to Suppress and Defense's oral motion to Dismiss A1 continued to next court date. The Court granted Defense's oral motion to reconsider the granting of State's Motion to Amend Complaint and denied the State's motion to amend complaint. (Hearing on Motion/Trial 11/29/2012PM-10C). The Defense waived Rule 48 from 10/25-11/29. Bail continued. | |
| 09/06/2012 | Motion to Continue<br>orally entered by the State (Officer Noda sick) | |
| 09/06/2012 | Oral Order Motion Granted<br>over the Defense's objection | |
| 09/06/2012 | Oral Motion<br>to reconsider the granting of the State's Motion to Amend Complaint entered by the Defense | |
| 09/06/2012 | Oral Order Motion Granted | |

MSB000041

Exhibit "F"

| Date | Docket | Party |
|---|---|---|
| 09/06/2012 | Oral Order Motion Denied in regards to State's Motion to Amend Complaint | |
| 09/06/2012 | Case Continued For Hearing/Trial & Rule 48 runs 10/25/2012 | |
| 09/06/2012 | Order & Notice of Entry of Ord | |
| 11/29/2012 | Hearing Held LO:ABRELL:SUZUKI: Defendant and J. Burge-defending, present. State was ready. Per Court, case continued for possible stip fact trial (no witnesses) & hearings on motions. Defense has permanently waived Rule 48. Bail to continue. (APT/HMT 12/6/12PM - 10C) - no witnesses *NOTE: Motion to Suppress (filed 5/18/12) & Motions to Dismiss (filed 8/25/12) still pending. | |
| 11/29/2012 | Order & Notice of Entry of Ord | |
| 12/06/2012 | Hearing Held LO:CLARKIN:TAJIMA: Defendant and attny J Burge present waived reading of the charge. Trial had on A3 only (142p). State withdrew Motion to Amend Complaint filed 5-24-12. Court denied Motion to Suppress filed 5-18-12. Motion to Dismiss on subsection A1 granted by the Court. Defense stipulated to all exhibits submitted by the State, factual, and trial (list was read to Defense) (144p). Base on exhibits submitted the Court found defendant guilty beyond reasonable doubt. (FURTHER SEN 1-7-13pm-10D) and (POC 6-6-13pm-10D) **Defendant left without going to FISCAL. PLEASE REFER DEFENDANT TO FISCAL and RDE. | |
| 12/06/2012 | Exhibit #1,2,3,4, and 5 submitted and entered into evidence | |
| 12/06/2012 | Bond Applied and refund balance to postee. | |
| 12/06/2012 | Case Continued for further sentencing on license revocation per Court pending ADLRO outcome. | |
| 12/06/2012 | Judgment and Notice | |
| 01/07/2013 | Hearing Held LO/SOUSIE/HIYAKUMOTO - DEFENDANT NOT PRESENT. JONATHAN BURGE-DEFENDING PRESENT. DEFENSE SUBMITTED REQUEST FOR APPEAL, CASE PENDING PERFECTION OF APPEAL. BAIL CONTINUED. | |
| 01/07/2013 | Order & Notice of Entry of Ord | |
| 03/01/2013 | Record on Appeal KAWANO: Record on Appeal electronically filed in the Intermediate Court of Appeals (CAAP-13-0000002) | |
| 05/28/2013 | Appearance of Counsel | State of Hawaii - Criminal First Circuit Prosecution |
| 05/29/2013 | Other Notice of Appearance | |
| 06/04/2013 | Case Record Summary | |
| 06/06/2013 | Hearing Held LO:KOBASHIGAWA:PALMA: Defendant not present. Bench Warrant ordered. Later, Bench Warrant recalled. Notice of Appeal filed 5/28/13. Sentence stayed. Bail continued. | |
| 06/06/2013 | Order & Notice of Entry of Ord | |

MSB000042

Exhibit "F"

| Date | Docket | Party |
|---|---|---|
| 07/01/2013 | Collection Agency Submitted | |

MSB000043