1

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1            IN THE DISTRICT COURT OF THE FIRST CIRCUIT
 2                          STATE OF HAWAII
 3     _____
                                     )   CASE NO. 1DTA-11-03671
 4     STATE OF HAWAII,              )
                                     )
 5                    Plaintiff,     )
                                     )
 6           vs.                     )
                                     )
 7     REED W. SAILOLA,              )
                                     )
 8                    Defendant.     )
       _____)
 9

10         TRANSCRIPT OF ELECTRONICALLY-RECORDED PROCEEDINGS
11     before the Honorable David Lo, Judge presiding, on
12     December 6, 2012, in the above-entitled matter.
13
14
15     APPEARANCES:
16     ANNE CLARKIN                          For Plaintiff
17     JONATHAN BURGE                        For Defendant
18
19
20
21
22
23     Transcribed by:
       Theresa A. Reese, RPR, CSR #428
24     Official Court Reporter
       State of Hawaii
25
```

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000203671
15-APR-2013
08:52 AM

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "G"

13

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1  BY THE COURT:
 2  Q    But, nonetheless, Mr. Sailola, if you do decide or
 3  if you remain silent and not testify, the Court will not
 4  hold that against you.
 5       You understand that?
 6  A    Yes.
 7  Q    And if you testify, the prosecutor has the
 8  opportunity to cross-examine you; correct?
 9  A    Yes.
10  Q    All right. So through your attorney -- discussion
11  with your attorney, you've decided to remain silent and
12  not call any witnesses; correct?
13  A    Yes.
14  Q    And that's why you agreed and (indiscernible) to
15  do a stipulated fact trial; correct?
16  A    Yes.
17            THE COURT: Okay. All right. Anything
18  further?
19            MR. BURGE: No, your Honor.
20            MS. CLARKIN: No, your Honor.
21            THE COURT: All right. Court will
22  sentence the defendant to 14 hours of substance abuse
23  rehabilitation as well as undergo substance abuse
24  assessment and possible treatment; one-year license
25  revocation; pay fees in the amount of $107 DE, $30 CVCF,
```

Official Court Reporter
First Circuit Court
State of Hawaii

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1   $25 neurotrauma, $250 DDRA of which $150 will be
 2   suspended, and a fine of $250.
 3              Bail to apply in the event an appeal is
 4   not noticed.
 5              MR. BURGE:  Understood.  And, your Honor,
 6   if we could come back on January 7th, that would be the
 7   appeal date because the 5th is on a Saturday.
 8              THE COURT:  All right.  January 7th p.m.,
 9   Courtroom 10D.
10              Mr. Burge, you can inquire up to
11   Mr. Matsunaga about being --
12              MR. BURGE:  Yes.
13              THE COURT:  -- on time in this courtroom.
14   Thank you.
15              MR. BURGE:  Thank you, your Honor.
16              MS. CLARKIN:  Just a second.  Jonathan --
17              MR. BURGE:  Yes.
18              MS. CLARKIN:  -- the ALDRO was reversed
19   on --
20              MR. BURGE:  Yes.  So he imposed it.  He
21   just suspended it.
22              MS. CLARKIN:  Okay.  Okay.
23              THE CLERK:  Oh, you imposed, but did you
24   impose the license --
25              THE COURT:  I did.
```

Official Court Reporter
First Circuit Court
State of Hawaii

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

15

```
 1                MR. BURGE:   But he's staying it pending
 2    appeal.
 3                THE COURT:   Staying the entire sentence.
 4                THE CLERK:   Thank you.
 5                (End of proceedings.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "G"

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
 1  STATE OF HAWAII              )
                                 ) ss.
 2  CITY AND COUNTY OF HONOLULU  )

 3

 4          I, THERESA A. REESE, RPR, CSR# 428, do hereby

 5  certify that the foregoing is a true and accurate

 6  transcript of the electronically-recorded proceedings

 7  had in connection with the above-entitled cause and that

 8  said transcript was transcribed to the best of my

 9  ability.

10          DATED:  Honolulu, Hawaii, this 11th day of

11  April, 2013.

12

13

14

15                  /s/ Theresa A. Reese

16                  Theresa A. Reese, CSR# 428

17

18

19

20

21

22

23

24

25
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "G"