Case 1:13-cv-00544-HG-RLP   Document 97-9   Filed 12/03/14   Page 1 of 2   PageID #:
Case 1:13-cv-00544-HG-RLP   Document 30-29   Filed 07/02/14   Page 1 of 2   PageID #: 279
1935

## TELEPHONE CONVERSATION WITH MICHAEL

| | |
|---|---|
| MSB: | Thank you for calling. This is Michael with Municipal Services Bureau. This call may be recorded. How can I help you? |
| PLTF: | Hello? |
| MSB: | Hello? |
| PLTF: | Hello? |
| MSB: | Hello? This is Michael with Municipal Services Bureau. This call may be recorded. How can I help you? |
| PLTF: | I don't know. Somebody was trying to call me. |
| MSB: | OK sir. We did call [redacted] for a Reed Wade Sailola? |
| PLTF: | Yeah. |
| MSB: | OK sir, we was calling you on behalf of the First Judicial Court of Hawai'i regarding a DUI. For security purposes, can you verify your date of birth? |
| PLTF: | What was that again? |
| MSB: | Excuse me? |
| PLTF: | [unintelligible] You can say, I didn't hear you. |
| MSB: | I said we was calling you from, on behalf of the First Judicial Court of Hawai'i regarding a DUI. For security purposes, can you verify your date of birth? |
| PLTF: | Um...[redacted]. |
| MSB: | OK, and the number we called you on, sir, is that a good number to reach you? |
| PLTF: | Yes. |
| MSB: | OK, your fine on that DUI sir, is six hundred twenty dollars and sixty-one cents. Will you be taking care of that by credit card or debit card today? |

EXHIBIT " I "

308104.2

| | |
|---|---|
| PLTF: | What was this DUI? I thought I had my attorney, John Burge... |
| MSB: | Excuse me? |
| PLTF: | What was this DUI for? |
| MSB: | This is a DUI impairment Breathalyzer. It was your first offense, uh, occurred on August 7, 2011. And are you still located sir, at [redacted] in Honolulu? |
| PLTF: | Yes. |
| MSB: | OK. And will you be taking care— |
| PLTF: | No, wait. Wait, what was this fine for? |
| MSB: | A DUI impaired Breathalyzer, first offense, on August 7, 2011. |
| PLTF: | I got to go talk to my attorney. |
| MSB: | OK. And you do have our telephone number to give us a call back, sir? |
| PLTF: | Yeah. I'll call back. |
| MSB: | And do you know when you'll be taking care of this fine? |
| PLTF: | I don't know. What was this fine for but? |
| MSB: | DUI, sir. Driving under the influence. |
| PLTF: | Alright, OK, I'll talk to my attorney. Okay, bye. |
| MSB: | OK, thank you. |

308104.2