RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

JUSTIN A. BRACKETT (HI Bar No. 9954)
1136 Union Mall, Suite # 805
Honolulu, HI  96813
Telephone: (808) 545-4040
Email:  justinbrackettlaw@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, | ) |
| | ) CASE NO. 1:13-CV-00544 HG-RLP |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF REED SAILOLA'S |
| | ) MOTION FOR PARTIAL |
| GILA, LLC d/b/a MUNICIPAL | ) SUMMARY JUDGMENT |
| SERVICES BUREAU, | ) |
| | ) EXHIBIT K |
| Defendant. | ) |
| _____ | ) |

This document is filed *in camera* or under seal purusuant to the Confidentiality and Protective Order issued in this case on November 13, 2014 (Dkt. No. 78).