RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Email: rholcomblaw@gmail.com

JUSTIN A. BRACKETT (HI Bar No. 9954)
1888 Kalakaua Avenue, Suite C-312
Honolulu, HI  96815
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **Reed Sailola,** | ) CERTIFICATE OF SERVICE OF |
| | ) PLAINTIFF REED SAILOLA'S MOTION |
| **Plaintiff,** | ) FOR PARTIAL SUMMARY JUDGMENT |
| vs. | ) AND SUPPORTING DOCUMENTS |
| | ) |
| **Gila, LLC d/b/a Municipal Services Bureau,** | ) Civil Action No. 1:13-CV-544 HG-RLP |
| | ) |
| **Defendants.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties, as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.  Defendant's Hawaii counsel will also receive the identified confidential Exhibits K and L in a marked and sealed envelope tomorrow, December 4, 2014.

1

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| A. Lee Rigby | lrigby@smith-robertson.com | December 3, 2014 |
| Glenn Melchinger | GMelchinger@ahfi.com | December 3, 2014 |
| Judy Tanaka | Judy.Tanaka@ahfi.com | December 3, 2014 |

DATED:  Honolulu, Hawaii; December 3, 2014.

*/s/ Richard L. Holcomb*
Richard L. Holcomb, #9177