Case 1:13-cv-00544-HG-RLP   Document 112-4   Filed 12/19/14   Page 1 of 26   PageID #:
Case 1:13-cv-00544-HG-RLP   Document 95-3   Filed 12/03/14   Page 1 of 26   PageID #:
1787

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3

4    REED SAILOLA.                    )    CIVIL NO. 13-00544 HG RLP
                                      )
5         Plaintiff.                  )
                                      )
6         vs.                         )
                                      )
7    MUNICIPAL SERVICES BUREAU and    )
     JOHN DOES 1-50.                  )
8                                     )
          Defendants.                 )
9                                     )
                                      )
10                                    )

11   (100214.08 san)

12

13

14              DEPOSITION OF LINDA TOM
           UPON WRITTEN INTERROGATORIES
15

16   Taken on behalf of Defendant MUNICIPAL SERVICES BUREAU. at the
     office of The Judiciary. State of Hawaii. 1111 Alakea Street. Second Floor.
17   Honolulu. Hawaii. commencing at 2:26 p.m.. on September 30. 2014.
     pursuant to subpoena.
18

19   RECORDS RE:                       OBTAINED FROM:

20   REED SAILOLA                       THE HAWAII STATE JUDICIARY.
                                        OFFICE OF THE ADMINISTRATIVE
21                                      DIRECTOR OF THE COURTS

22

23

24

25   BEFORE:    Sayo Anne Nakagawa, Notary Public. State of Hawaii

Ralph Rosenberg Court Reporters, Inc.
Honolulu, Hawaii        (808) 524-2090

**EXHIBIT** '*B*"

1       **LINDA TOM,**

2    Called as a witness by and on behalf of the Defendant MUNICIPAL

3    SERVICES BUREAU, being first duly sworn to tell the truth, the whole truth,

4    and nothing but the truth was examined and testified upon written

5    interrogatories as follows:

6                                EXAMINATION

7    1.    Q.    Please state your full name.

8          **A.    Linda Tom.**

9    2.    Q.    What is your residence address?

10         **A.    Care of 1111 Alakea Street.**

11   3.    Q.    Are you employed?

12         **A.    Yes.**

13   4.    Q.    What is your employer's name and address?

14         **A.    The Judiciary, State of Hawaii, 1111 Alakea Street.**

15   5.    Q.    What is your job or position with your employer?

16         **A.    I'm the Court Administrator of the Traffic Violations**

17   **Bureau.**

18   6.    Q.    Were you served with a Subpoena Duces Tecum ("Subpoena")

19         requiring your appearance before the notary public for the purpose of

20         answering these questions and requiring you to bring with you the

21         records described in the Subpoena?

22         **A.    I wasn't actually served personally. I got this from the staff**

23   **attorney for the Judiciary.**

24   7.    Q.    In your job or position with your employer, do you have under

25         your care, custody and control the records described in the

---

**Ralph Rosenberg Court Reporters, Inc.**
Honolulu, Hawaii          (808) 524-2090

3

1   subpoena?

2      **A.   Yes.**

3   8.   Q.   In that position, are you familiar with the manner and process

4      by which said records were created and kept?

5      **A.   Yes.**

6   9.   Q.   Are you the duly authorized custodian of said records?

7      **A.   I take care of some of it, but not all.  The bail receipts and**

8      **the disposition form, the judgment form, was provided by**

9      **another program.**

10   10.   Q.   Do you have all of said records with you?

11      **A.   Yes.**

12   11.   Q.   Are said records complete?

13      **A.   Yes.**

14   12.   Q.   Has any portion of said records ever been removed from your

15      care, custody and control prior to this time?  If so, when and by

16      whom?

17      **A.   No.**

18   13.   Q.   Has any portion of said records ever been altered prior to this

19      time?  If so, when and by whom?

20      **A.   No.**

21   14.   Q.   What identifies said records as pertaining to the records listed

22      in the Subpoena?

23      **A.   The defendant's name is listed in the documents.**

24   15.   Q.   Would you please turn over to the notary public at this time the

25      originals or complete legible copies of any and all records listed in the

1          Subpoena Duces Tecum which you brought with you pursuant to the

2          requirements of the Subpoena with which you were served?

3          **A.     Three citation forms, the bail record and copy of the**

4          **disposition.**

5    16.   Q.     Please describe, briefly but completely so that they may be

6          readily identified, the records which you have turned over to the notary

7          public.

8          **A.     Three citation forms, the bail record and copy of the**

9          **disposition.**

10   17.   Q.     Are these records a true copy of all the records described in the

11         Subpoena?

12         **A.     Yes.**

13   18.   Q.     Were these records made at or near the time of the occurrence

14         of the matters set forth by, or from information transmitted by, a

15         person with knowledge of those matters?

16         **A.     Yes.**

17   19.   Q.     Were these records made in the course of a regularly

18         conducted activity as a regular practice?

19         **A.     Yes, this is part of our work flow.**

20   20.   Q.     Were these records kept or maintained by your employer in the

21         ordinary course of your employer's business?

22         **A.     Yes.**

23   21.   Q.     Have any of the records listed in the Subpoena been withheld?

24         If so, please describe, briefly but completely so that they may be

25         readily identified, any of your employer's records which you have not

1       turned over to the notary public as follows:

2           (a)     The author.

3           (b)     The date.

4           (c)     The addresses.

5           (d)     The subject matter.

6           (e)     The grounds why it is being withheld.

7           **A.      No.**

8    22.    Q.      If the records listed in the Subpoena previously existed, but are

9           no longer in your employer's custody, please state when they were

10          last in the custody of your employer and why your employer no longer

11          has custody of those records.

12          **A.      The records are still in our custody.**

13   23.    Q.      Please describe the record retention policy for your employer's

14          business.

15          **A.      The retention schedule is set forth by the Supreme Court.**

16   24.    Q.      Will you waive your signature to your deposition?

17          **A.      No.**

18

19

20

21

22

23

24

25

1        I, LINDA TOM, hereby certify that I have read the foregoing

2    typewritten pages 1 through 6, inclusive, and corrections, if any, were noted

3    by me, and the same is now a true and correct transcript of my testimony.

4        DATED:  Honolulu, Hawaii, _____.

5

6                                      _____

7                                      LINDA TOM

8

9

10

11

12

13    Signed before me this _____ day of

14    _____, 2014.

15

16    _____

17        Witness

18

19

20

21

22

23    Reed Sailola vs. Municipal Services Bureau, *et al.*; Civil No. 13-00544

24    HG RLP; Deposition of Linda Tom (Custodian of Records of The Hawai'i

25    State Judiciary) taken on September 30, 2014.

STATE OF HAWAII ) ) SS.

CITY AND COUNTY OF HONOLULU )

I, Sayo Anne Nakagawa, Notary Public, State of Hawaii, hereby certify:

That on the aforementioned date and time, the witness whose deposition is contained herein appeared before me; that prior to being examined upon written interrogatories the witness was by me duly sworn; and that the deposition was taken by me and the foregoing is a correct transcription of my notes to the best of my ability.

And, pursuant to Rule 31 of the Hawaii/Federal Rules of Civil Procedure, a request for an opportunity to review and make changes to this transcript ___✓___ was made / _____ was not made by the deponent or a party prior to the completion of the deposition.

I further certify that I am not an attorney for any of the parties hereto nor in any way concerned with the cause.

Dated this _30th_ day of _September_, 2014, at Honolulu, Hawaii.

_____
SAYO ANNE NAKAGAWA
Notary Public, State of Hawaii
My Commission expires: 11/29/2016

*NOTARY CERTIFICATION*

Document: Written Deposition of _Linda Tom_
dated _09/30/14_ consisting of _____7_____ pages, performed in the First Judicial Circuit, State of Hawaii. Dated this _30th_ day of _September_ 2014.

_____
Sayo Anne Nakagawa
Notary Public, State of Hawaii
My Commission expires: 11/29/2016

I, Ralph Rosenberg, hereby certify that the foregoing was duly executed and produced under my direction and control.

_____
RALPH ROSENBERG, CSR 179
Notary Public, State of Hawaii
My Commission expires: 8/25/2018

**Ralph Rosenberg Court Reporters, Inc.**
**Honolulu, Hawaii** **(808) 524-2090**

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
COURTNEY K. SUE-AKO      9803-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
minkin@m4law.com
sue-ako@m4law.com

SMITH, ROBERTSON, ELLIOT & DOUGLAS, LLP

A. LEE RIGBY (admitted *pro hac vice*)
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
lrigby@smith-robertson.com

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| REED SAILOLA, | ) | CIVIL NO. 13-00544 HG RLP |
| | ) | |
| Plaintiff, | ) | NOTICE OF TAKING |
| | ) | DEPOSITION UPON WRITTEN |
| vs. | ) | INTEROGATORIES; EXHIBITS |
| | ) | "A" – "B" |
| MUNICIPAL SERVICES BUREAU and | ) | |
| JOHN DOES 1-50, | ) | **Deponent**: |
| | ) | Custodian of Records of |
| Defendants. | ) | The Hawai'i State Judiciary, |
| | ) | Office of the Administrative |
| | ) | Director of the Courts |
| | ) | |

311379.2

)   **Date** : September 29, 2014
)   **Time** : 9:00 a.m.
)
)   **Court Reporter**:  Ralph Rosenberg
)   Court Reporters, Inc.
)
)   TRIAL: February 3, 2015
)

## NOTICE OF TAKING DEPOSITION
## UPON WRITTEN INTERROGATORIES

TO:   RICHARD HOLCOMB, ESQ.
     JUSTIN A. BRACKETT, ESQ.
     BRIAN J. BRAZIER, ESQ.
     1136 Union Mall, Suite 808
     Honolulu, Hawai'i 96813

     Attorneys for Plaintiff
     REED SAILOLA

     PLEASE TAKE NOTICE that on behalf of Defendant MUNICIPAL

SERVICES BUREAU, the deposition of the following Custodian of Record will

be taken before a notary public duly authorized to administer oaths at the office of

Ralph Rosenberg Court Reporters, Inc., 1001 Bishop Street, Suite 2460 ASB

Tower, Honolulu, Hawai'i 96813, at the date and time indicated below:

<u>Name and Address of Deponent</u>        <u>Date/Time</u>

Custodian of Records of        September 29, 2014
The Hawai'i State Judiciary,      9:00 a.m.
Office of the Administrative Director
  of the Courts
417 S. King Street, Room 206A
Honolulu, Hawai'i 96813

upon certain interrogatories attached hereto as Exhibit "A " and such cross,

redirected and recross interrogatories as may be duly served herein.

A Subpoena Duces Tecum in the form attached hereto as Exhibit "B" will be

served upon the respective deponent.

The deposition shall be conducted in the manner prescribed by Rule 31 of

the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawai'i, _____ SEP 1 8 2014 _____.

DAVID J. MINKIN
COURTNEY K. SUE-AKO
A. LEE RIGBY

Attorneys for Defendant
MUNICIPAL SERVICES BUREAU

EXHIBIT "A"

INTERROGATORIES

The following are interrogatories to be propounded to the Custodian of

Records of the Hawai'i State Judiciary, whose address is set forth in the attached

Subpoena, on behalf of Defendant MUNICIPAL SERVICES BUREAU, by a

notary public duly authorized to administer oaths from the office of Ralph

Rosenberg Court Reporters, Inc., 1001 Bishop Street, Suite 2460 ASB Tower,

Honolulu, Hawai'i 96813, Telephone No. (808) 524-2090.

1.     Please state your full name.

2.     What is your residence address?

3.     Are you employed?

4.     What is your employer's name and address?

5.     What is your job or position with your employer?

6.     Were you served with a Subpoena Duces Tecum ("Subpoena")

requiring your appearance before the notary public for the purpose of answering

these questions and requiring you to bring with you the records described in the

Subpoena?

7.     In your job or position with your employer, do you have under your

care, custody and control the records described in the Subpoena?

8.     In that position, are you familiar with the manner and process by which said records were created and kept?

9.     Are you the duly authorized custodian of said records?

10.     Do you have all of said records with you?

11.     Are said records complete?

12.     Has any portion of said records ever been removed from your care, custody and control prior to this time? If so, when and by whom?

13.     Has any portion of said records ever been altered prior to this time? If so, when and by whom?

14.     What identifies said records as pertaining to the records listed in the Subpoena?

15.     Would you please turn over to the notary public at this time the originals or complete legible copies of any and all records listed in the Subpoena Duces Tecum which you brought with you pursuant to the requirements of the Subpoena with which you were served?

16.     Please describe, briefly but completely so that they may be readily identified, the records which you have turned over to the notary public.

17.     Are these records a true copy of all the records described in the Subpoena?

311379.2

2

18.     Were these records made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters?

19.     Were these records made in the course of a regularly conducted activity as a regular practice?

20.     Were these records kept or maintained by your employer in the ordinary course of your employer's business?

21.     Have any of the records listed in the Subpoena been withheld?  If so, please describe, briefly but completely so that they may be readily identified, any of your employer's records which you have not turned over to the notary public as follows:

        (a)     The author.

        (b)     The date.

        (c)     The addresses.

        (d)     The subject matter.

        (e)     The grounds why it is being withheld.

22.     If the records listed in the Subpoena previously existed, but are no longer in your employer's custody, please state when they were last in the custody of your employer and why your employer no longer has custody of those records.

23.     Please describe the record retention policy for your employer's

business.

24.     Will you waive your signature to your deposition?

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

REED SAILOLA,

**SUBPOENA IN A CIVIL CASE**

Plaintiff,

CIVIL NO. 13-00544 HG RLP

vs.

MUNICIPAL SERVICES BUREAU and
JOHN DOES 1-50,

Defendants.

TO:   Custodian of Records of
The Hawai'i State Judiciary,
Office of the Administrative Director of the Courts
417 S. King Street, Room 206A
Honolulu, Hawai'i 96813

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects described in **EXHIBIT "I"**, attached hereto, at the place, date, and time specified below:

| PLACE | DATE AND TIME |
| --- | --- |
| Ralph Rosenberg Court Reporters, Inc.<br>1001 Bishop Street,<br>Suite 2460 ASB Tower<br>Honolulu, Hawaii 96813 | September 29, 2014<br>9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| , Attorney for Defendant Municipal Services Bureau. | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David J. Minkin (#3639)
McCorriston Miller Mukai MacKinnon LLP, 500 Ala Moana Blvd., 4th Floor, Honolulu, Hawaii 95813   (808)529-7300

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT "D"**

311379.2

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)   (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)   (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)   requires disclosure of privileged or other protected matter and no exception or wavier applies, or

(iv)   requires a person to undue burden.

(B)   If a subpoena

(i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1)   A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)   When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# DOCUMENTS TO BE PRODUCED
## BY CUSTODIAN OF RECORDS
## HAWAI'I STATE JUDICIARY,
## OFFICE OF THE ADMINISTARTIVE DIRECTOR OF THE COURTS

<u>PLEASE READ THIS SUBPOENA VERY CAREFULLY. IF YOU FAIL TO BRING WITH YOU DOCUMENTS CALLED BY THIS SUBPOENA THAT ARE IN YOUR POSSESSION, YOU MAY NEED TO RETURN FOR A SECOND DEPOSITION.</u>

    1.    Any and all documents, including but not limited to filings, forms, letters, e-mails, and contact sheets, relating to contact information and/or the collection of monies owed to the Hawai'i State Judiciary by the individual Reed Wade Sailola, whose Party ID on the eCourt eKokua Judiciary Information Management System is @18742 ("Sailola").

    2.    Any and all documents, including but not limited to filings, forms, letters, e-mails, and contact sheets, relating to the collection of monies owed to the Hawai'i State Judiciary by Sailola which contain Sailola's contact information, including telephone number, and which is the source of contact information that was forwarded to Municipal Services Bureau with the intent that Municipal Services Bureau begin collecting upon said monies owed.

## EXHIBIT "1"

311379.2

# RALPH ROSENBERG COURT REPORTERS, INC.
**1001 Bishop Street, Suite 2460, Honolulu, Hawaii  96813**
Phone:  (808) 524-2090     Fax:  (808) 524-2596

# <u>NOTICE</u>

Copies were produced by the Deponent in

lieu of originals.  This is the best reproduction

that could be made due to the poor quality of

some of the pages produced.

*Ralph Rosenberg*
*Court Reporters, Inc.*

Hawaii's Full-Service Court Reporting Firm

**State of Hawaiʻi Notice of Traffic Infraction(s)**
**In the District Court of the First Circuit**

12-03-12 15:46 FILE

||||| 1DTI-12-021451

CITATION NO. **1DTI-12-021451**

**COMPLAINT:** The undersigned officer, on behalf of Plaintiff State of Hawaiʻi, declares under penalty of law that he/she has reasonable grounds to believe and does believe that on the date, at the time, and under the conditions indicated, the named defendant did commit the civil traffic infraction(s) noted below and that the same is correct to the best of his/her knowledge and belief.

### DEFENDANT

| | ID on Person ☐ Y ☑ N |
|---|---|
| **LAST NAME** SAILOLA | **REGISTERED OWNER** ☐ Y ☑ N |
| **FIRST NAME** REED | **MIDDLE INITIAL(S)** W. |

**ADDRESS** ▮▮▮▮

| **CITY** HONOLULU | **STATE** HI | **ZIP CODE** 96846 |
|---|---|---|

**JUVENILE** ☐ Y ☑ N   **PROV. LIC.** ☐ Y ☑ N   **PARENT'S NAME (if juvenile operator)**

| **OPERATOR LICENSE NO.** ▮▮▮▮ | **STATE** HI | **EXP. DATE (Month/Day/Year)** /2 |
|---|---|---|

| **DATE OF BIRTH (Month/Day/Year)** | **HEIGHT** | **WEIGHT** | **ETHNICITY (optional)** |
|---|---|---|---|

| **CDL** ☐ Y ☑ N | **U.S. CITIZEN** ☐ Y ☑ N | **SEX** ☑ M ☐ F | **SSN-Last 4 digits** (optional, for identification purposes) XXX - XX - 8577 |
|---|---|---|---|

| **CONTACT PHONE NUMBER(S)** ▮▮▮▮4957 | **MILITARY SERVICE** ☐ Y ☑ N | **MILITARY ID** (last 4 characters) |
|---|---|---|

**EMPLOYER (if driving company vehicle)**

### VEHICLE INFORMATION

**LICENSE PLATE/VIN** ▮▮▮▮ | **STATE** HI | **HAZ MAT** ☐ Y ☑ N

| **MAKE** TOYOTA | **MODEL** SIENNA/E | **TYPE** VAN | **COLOR** WHITE | **YEAR** OO | **CMV** ☐ Y ☑ N |
|---|---|---|---|---|---|

### TRAFFIC INFRACTION(S) COMMITTED & MONETARY ASSESSMENT(S) PAYABLE (INCLUDING FEES)

| | |
|---|---|
| ☐ HRS 249-2 Delinquent Vehicle Tax; (exp._____) | $70 |
| ☐ HRS 249-7(b) Vehicle License Plate (No / Obscured / Dirty) | $70 |
| ☐ HRS 286-25 ( No / Expired ) Certificate of Inspection; (exp._____) | $70 |
| ☐ HRS 286-47(3) No Certificate of Registration in Vehicle | $70 |
| ☐ HRS 286-85 No Reconstruction Permit | $70 |
| ☐ HRS 286-110(d) No Licensed Driver Present | $147 |
| ☐ HRS 286-116(a) No driver's license / insurance card on person | $122 |
| ☐ HRS 291-11.6(a)(1) No Seat Belt; ( Operator / Passenger 8-14 yrs old ) | $92 |
| ☐ HRS 291-21.5(a) Tinted Glaze Glass - Owner | $287 |
| ☐ HRS 291C-32(a)(3)(A) Disregarding Red Signal | $97 |
| ☐ HRS 291C-32(a)(3)(B) Prohibited Right Turn Against Red Signal | $97 |
| ☐ HRS 291C-33(2) Pedestrian Obedience to Don't Walk or Upraised (Red) Palm | $130 |
| ☐ HRS 291C-49(1) Unsafe Lane Change | $97 |
| ☑ HRS 291C-63(b) Disregarding Stop Sign | $97 |
| ☐ HRS 291C-73(c) Jaywalking | $130 |
| ☐ HRS 291C-81(3) Prohibited Turn at Intersection | $97 |
| ☐ HRS 291C-101 Basic Speed Rule | $147 |
| **HRS 291C-102(a)(1) Exceeding the Speed Limit** | |
| ☐ 1-10 MPH Over Limit (____ MPH over) | $____ |
| ☐ 11-29 MPH Over Limit (____ MPH over) | $____ |
| ☐ ROH 15-24.23 Mobile Electronic Device Prohibited | $147 |

| **SECTION** | **DESCRIPTION** | $ |
|---|---|---|
| SECTION | DESCRIPTION | $ |
| SECTION | DESCRIPTION | $ |
| SECTION | DESCRIPTION | $ |
| SECTION | DESCRIPTION | $ |

**COURT**

### DETAILS REGARDING THE INFRACTION(S) CHARGED

| **DATE (Month / Day / Year)** 3.9.12 | **TIME** 0915 | **DISTRICT** 7 | **BEAT** 762 |
|---|---|---|---|

| **WEATHER** ☐ CLEAR | ☑ OVERCAST | ☑ DRIZZLE | ☐ RAIN |
|---|---|---|---|
| **ROAD** ☐ DRY ☑ WET | ☐ CONCRETE | ☑ ASPHALT | ☐ DIRT |
| **TRAFFIC** ☑ LIGHT | ☐ MEDIUM | ☐ HEAVY | |
| **LIGHTING** ☐ DAWN | ☑ DAYLIGHT | ☐ DUSK | ☐ DARKNESS |

**NO. OF OCCUPANTS:** ADULT MALE(S) | ADULT FEMALE(S) | CHILDREN

**LOCATION OF VIOLATION** ST. LOUIS AND OSWALD

**VANTAGE POINT** ~~BRIGHT~~ BEHIND VEHICLE ON ST. LOUIS

**LANE OF TRAVEL** ST. LOUIS MAKAI BOUND

**SIGN(S) POSTED** STOP SIGN POSTED UNOBSTRUCTED

| **ACTUAL SPEED** | **POSTED SPEED** | **SPEED VIOLATION MEASURED BY** ☐ PACE ☐ LASER ☐ RADAR |
|---|---|---|

☐ I WAS CERTIFIED IN THE ABOVE DEVICE ☐ LASER DISTANCE _____
☐ DEVICE/SPEEDOMETER WAS ACCURATE, TESTED, & WORKING PROPERLY

| **COMPANION CITATION(S)/NOTICE(S)** (list citation / notice no.) | **ACCIDENT** ☐ Y ☑ N | **INJURY** ☐ Y ☑ N |
|---|---|---|

**ACCIDENT REPORT NO.** | **PROPERTY DAMAGE** ☐ MAJOR ($3,000+) ☐ MINOR

**OFFICER'S OBSERVATIONS (optional)**

UPON DRIVING MAKAI BOUND ON ST.

LOUIS I OBSERVED THE DRIVER GO

STRAIGHT THROUGH THE STOP SIGN

ON OSWALD. DRIVER DID NOT COME TO

A COMPLETE STOP ANYWHERE NEAR

STOP SIGN.

### COMPLAINING OFFICER INFORMATION

| **PRINT RANK, FIRST INITIAL, & LAST NAME** MPK V. FIGUEROA | **ID NO.** 102926 |
|---|---|

| **OFFICER'S SIGNATURE** | **DATE OF ISSUANCE** 3.9.12 |
|---|---|

**DEFENDANT'S ACKNOWLEDGMENT:** By signing below, I acknowledge service of this Notice. I understand that my ~~signature~~ REDACTED ~~is not an admission~~ of responsibility.

X _____
Defendant's Signature

☐ DEFENDANT REFUSES TO SIGN

**NOTE TO DEFENDANT:** Please read the instructions on the reverse side carefully, then complete and return your Answer to this Notice (tear-away flap on the preprinted envelope), along with any payment or written statement in support of your Answer, within 21 calendar days from the date of this Notice, either by mail, in person, via the Internet, or by telephone. If you choose to mail an Answer, payment, or written statement, please use the preprinted envelope, seal the contents, affix postage, and be sure your mailing is postmarked within 21 calendar days from the date of this Notice. The Post Office will not deliver without proper postage. Please calculate the total amount due by adding the monetary assessments for each infraction.

If you are a **"PROVISIONAL LICENSE HOLDER"** or if the word **"COURT"** is listed next to an infraction that you are charged with committing, you are hereby directed to appear before the District Court of the First Circuit on the date and at the time and location designated below (see reverse side for address) to answer the charge(s). Failure to obey this Notice and Summons may result in a fine, imprisonment, arrest on other charges, and/or other penalties.

### SUMMONS

**COURT LOCATION (see addresses on reverse side)**
☐ HONOLULU   ☐ KĀNEʻOHE   ☐ ʻEWA   ☐ WAHIAWĀ   ☐ WAIʻANAE

| **DATE** | **TIME** | **COURTROOM** |
|---|---|---|

**COURT**

1D-V-135 (10/11)

I hereby certify that the information provided
herein is extracted from the official records
of the District Courts of the State of Hawaii

_Magho_
Clerk, District Court of the First Circuit
State of Hawaii

*Sailola vs Municipal Services Bureau;*
*Civil No. 13-00544 HG RLP*
*Records from The Hawaii State Judiciary, Office of the*
*Administrative Director of Courts taken on 09/30/2014*
*Page 1*

REDACTED



# State of Hawaiʻi - Notice of Traffic Infraction(s)
## In the District Court of the First Circuit

### IMPORTANT INSTRUCTIONS REGARDING YOUR NOTICE OF TRAFFIC INFRACTION(S)

This Notice of Traffic Infraction(s) (Notice) charges you with committing one or more civil traffic infractions. **IF YOU ARE A "PROVISIONAL LICENSE HOLDER" OR IF THE WORD "COURT" IS LISTED NEXT TO AN INFRACTION THAT YOU ARE CHARGED WITH COMMITTING, YOU MUST APPEAR BEFORE THE DISTRICT COURT OF THE FIRST CIRCUIT ON THE DATE AND AT THE TIME AND LOCATION DESIGNATED IN THE SUMMONS ON THE FRONT OF THIS NOTICE.** Failure to appear in court as summoned may result in your arrest for other offenses and/or imposition of other penalties, including fines, court costs, fees, and imprisonment.

**If you are charged with committing an infraction with a listed monetary assessment AND the Summons does not indicate any date and time that you are to appear in court, you must answer this Notice within 21 calendar days from the date of this Notice by choosing Option 1, 2, or 3, below.** If you do not answer within 21 calendar days from the date of this Notice, the court will enter a default judgment against you for the total amount of monetary assessments and fees indicated on this Notice. If you fail to timely pay the default judgment, late fees and other costs will be assessed, your account may be referred to a collection agency and you may be charged for collection costs, your account may be reported to all major credit bureaus and any state tax refund owed to you may be used to pay your obligations. The court may also order a license stopper, preventing you from acquiring/renewing your driver's license until all obligations are paid in full. **YOU MUST TAKE ACTION WITHIN 21 CALENDAR DAYS FROM THE DATE OF THIS NOTICE TO AVOID ENTRY OF DEFAULT JUDGMENT AGAINST YOU.**

### OPTION 1: ADMIT & PAY

If you admit committing the traffic infraction(s), complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return it with the total amount due and your copy of this Notice. You may pay by mail (using the preprinted envelope), in person at any district court, via the Internet, or by telephone. A $25 service fee will be charged for dishonored payments. **PLEASE NOTE THAT A PORTAL ADMINISTRATIVE FEE MAY BE ASSESSED FOR THIS TRANSACTION.**

- **By Mail** – Your Answer to Notice, payment, and copy of this Notice must be postmarked within 21 calendar days from the date of this Notice. **DO NOT SEND CASH.** Imprinted checks or money orders (U.S. dollars only, payable to "DISTRICT COURT") and credit or debit cards (MasterCard & VISA) are accepted.

  **In Person** – Pay at any district court statewide within 21 calendar days from the date of this Notice. Counter service hours for all district courts (except Hana, Kaʻu, Hamakua, and North Kohala) are 8:00 A.M. to 4:00 P.M. Monday through Friday. All district courts are closed on state holidays and weekends. Cash, imprinted checks and money orders (U.S. dollars only, payable to "DISTRICT COURT"), and credit or debit cards (MasterCard &-VISA) are accepted.

- **Via Internet** – Pay via the Internet at http://www.courts.state.hi.us (Click on "Pay Fines") within 21 calendar days from the date of this Notice. Credit or debit cards (MasterCard & VISA) are accepted.

- **By Telephone** – Call 1-800-679-5949 within 21 calendar days from the date of this Notice. Credit or debit cards (MasterCard & VISA) are accepted.

### OPTION 2: DENY

If you deny committing the traffic infraction(s), you may either (1) request a hearing and appear in person to contest the infraction(s), or (2) submit a written statement explaining the grounds on which you contest the infraction(s). In either event, you must complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return your Answer to Notice, your copy of this Notice, and a written statement, within 21 calendar days from the date of this Notice, either by mail, using the preprinted envelope, or in person at any district court.

- **Contest In Person** – If you request a hearing to contest the infraction(s) in person, the court will notify you in writing of the date, time, and location of the hearing. You must appear at the hearing to explain the grounds on which you contest the infraction(s). If you want the issuing officer or any other witness present at the hearing, you must request a subpoena from the district

court at least 10 days before the hearing date, have the subpoena served, and pay mileage/witness fees required to effectuate service. If you fail to appear at the hearing, the court may enter a default judgment against you for the total amount of monetary assessments and fees indicated on this Notice. **DO NOT SUBMIT PAYMENT WITH YOUR HEARING REQUEST.** You will be notified of the judge's decision after the hearing. If you disagree with the judge's decision, you may request a trial.

- **Contest By Written Statement** – If you submit a written statement explaining the grounds on which you contest the infraction(s), include your name, address, operator license number, citation number, and signature on the statement. When you submit a written statement with your Answer to Notice, no hearing will be scheduled. **DO NOT SUBMIT PAYMENT WITH YOUR WRITTEN STATEMENT.** You will be notified by mail of the judge's decision. If you disagree with the judge's decision, you may request a trial.

### OPTION 3: ADMIT BUT EXPLAIN MITIGATING CIRCUMSTANCES

If you admit committing the traffic infraction(s) but wish to explain mitigating circumstances, you may either (1) request a hearing and appear in person to explain mitigating circumstances, or (2) submit a written statement explaining the mitigating circumstances. In either event, you must complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return your Answer to Notice, your copy of this Notice, and any written statement, within 21 calendar days from the date of this Notice, either by mail, using the preprinted envelope, or in person at any district court.

- **Explain Mitigating Circumstances In Person** – If you request a hearing to explain mitigating circumstances in person, the court will notify you in writing of the date, time, and location of the hearing. If you fail to appear at the hearing, you must pay the total amount of monetary assessments and fees indicated on this Notice. **DO NOT SUBMIT PAYMENT WITH YOUR HEARING REQUEST.** You will be notified of the judge's decision after the hearing. **The judge's decision is FINAL and cannot be appealed.**

- **Explain Mitigating Circumstances By Written Statement** – If you submit a written statement explaining the grounds on which you contest the infraction(s), include your name, address, operator license number, citation number, and signature on the statement. When you submit a written statement with your Answer to Notice, no hearing will be scheduled. **DO NOT SUBMIT PAYMENT WITH YOUR WRITTEN STATEMENT.** You will be notified by mail of the judge's decision. **The judge's decision is FINAL and cannot be appealed.**

### IMPORTANT NOTE FOR JUVENILES UNDER AGE 18

Your parent or legal guardian must accompany you when appearing before the court and must co-sign any payment or written statement submitted to the court.

### INFORMATION ABOUT YOUR PRIVACY

Disclosure of the last four digits of your social security number (SSN) on this Notice is optional. The last four digits of your SSN will be used for identification purposes in administering state and federal driver's license and motor vehicle laws.

### ADDRESSES FOR THE DISTRICT COURT OF THE FIRST CIRCUIT

**HONOLULU**
Traffic Violations Bureau
1111 Alakea Street
Honolulu, Hawaiʻi 96813

**KĀNEʻOHE**
District Court, Kāneʻohe Division
45-939 Poʻokela Street
Kāneʻohe, Hawaiʻi 96744

**ʻEWA**
District Court, ʻEwa Division
870 Fourth Street
Pearl City, Hawaiʻi 96782

**WAHIAWĀ**
District Court, Wahiawā Division
1034 Kilani Avenue
Wahiawā, Hawaiʻi 96786

**WAIʻANAE (Kapolei Court Complex)**
District Court, Waiʻanae Division
4675 Kapolei Parkway
Kapolei, Hawaiʻi 96707

 If you require an accommodation for a disability when working with a court program, service, or activity, please contact the Disability Accommodations Coordinator at (808) 538-5121, FAX: (808) 538-5233, TTY: (808) 539-4853, at least ten (10) working days before your proceeding, hearing, or appointment date.

*Sailola vs Municipal Services Bureau;*
*Civil No. 13-00544 HG RLP*
*Records from The Hawaii State Judiciary, Office of the*
*Administrative Director of Courts taken on 09/30/2014*
*Page 2*

State of Hawai'i - Notice of Traffic Infraction(s)
In the District Court of the First Circuit

07-06-10 14:18 FILE.

CITATION NO. **1DTI-10-078113**

**COMPLAINT:** The undersigned officer, on behalf of Plaintiff State of Hawai'i, declares under penalty of law that he/she has reasonable grounds to believe and does believe that on the date, and under the conditions indicated, the named defendant did commit the civil traffic infraction(s) noted below and that the same is correct to the best of his/her knowledge and belief.

### DEFENDANT
ID on Person ☑Y ☐N

LAST NAME: SAILOLA
REGISTERED OWNER ☐Y ☒N

FIRST NAME: Keej
MIDDLE INITIAL(S): W

HOME ADDRESS (Street Number and Name): ▮▮▮

CITY: Honolulu
STATE: HI
ZIP CODE: 9686

JUVENILE ☐Y ☐N | PROV. LIC. ☐Y ☐N | PARENT'S NAME (if juvenile operator):

OPERATOR LICENSE NO.: ▮▮▮
STATE: HI
EXP. DATE: ▮2

DATE OF BIRTH (Month/Day/Year): ▮▮▮ | HEIGHT | WEIGHT | HAIR COLOR: Blk | EYE COLOR: Bro

CLASS: 3 | CDL ☐Y ☒N | RESTRICTIONS: A | U.S. CITIZEN ☒Y ☐N | SEX ☒M ☐F

CONTACT PHONE NUMBER(S): ▮▮▮ 4757 | SSN-Last 4 digits (optional, for identification purposes): XXX - XX - ▮▮▮▮ | MILITARY SERVICE ☐Y ☒N

EMPLOYER / SCHOOL / BRANCH OF SERVICE:

### REGISTERED OWNER INFORMATION (if different from operator information)

LAST NAME:

FIRST NAME:
MIDDLE INITIAL(S):

HOME ADDRESS (Street, City, State, Zip Code):

### VEHICLE INFORMATION

LICENSE PLATE/VIN: ▮▮▮
STATE: HI
HAZ MAT ☐Y ☒N

MAKE: CHEV | MODEL: 3500 | TYPE: FTBD | COLOR: WHI | YEAR: 04 | CMV ☐Y ☒N

### TRAFFIC INFRACTION(S) COMMITTED & MONETARY ASSESSMENT(S) PAYABLE (INCLUDING FEES)

| | | |
|---|---|---|
| ☑ | HRS 249-2 Delinquent Vehicle Tax; (exp. 2/10 ) | $70 |
| ☐ | HRS 249-7(b) Vehicle License Plate (No / Obscured / Dirty) | $70 |
| ☐ | HRS 286-25 (No / Expired ) Certificate of Inspection; (exp. ) | $70 |
| ☐ | HRS 286-47(A) No Certificate of Registration in Vehicle | $70 |
| ☐ | HRS 286-85 No Reconstruction Permit | $70 |
| ☐ | HRS 286-116(a) No driver's license / insurance card on person | $122 |
| ☑ | HRS 291-11.6(a)(1) No Seat Belt; (Operator / Passenger 8-14 yrs old ) | $92 |
| ☐ | HRS 291-11.6(a)(2) No Seat Belt; Front Seat Passenger 15+ yrs old | $92 |
| ☐ | HRS 291-21.5(a) Tinted Glaze Glass - Owner | $287 |
| ☐ | HRS 291C-32(a)(3)(A) Disregarding Red Signal | $97 |
| ☐ | HRS 291C-32(a)(3)(B) Prohibited Right Turn Against Red Signal | $97 |
| ☐ | HRS 291C-38 Disregarding ( ) Traffic Lane Lines | $97 |
| ☐ | HRS 291C-49(1) Unsafe Lane Change | $97 |
| ☐ | HRS 291C-63(b) Disregarding Stop Sign | $97 |
| ☐ | HRS 291C-101 Basic Speed Rule | $97 |
| ☐ | HRS 291C-102(a)(1) Exceeding the Speed Limit | |
| | ☐ 1-10 MPH Over Limit (____ MPH over) | $____ |
| | ☐ 11-29 MPH Over Limit (____ MPH over) | $____ |
| ☐ | HRS 431:10C-114 Failure to Surrender Reg./Plates | COURT |

| SECTION | DESCRIPTION | |
|---|---|---|
| | | $ |

| SECTION | DESCRIPTION | |
|---|---|---|
| | | $ |

**COURT**

---

### DETAILS REGARDING THE INFRACTION(S) CHARGED

DATE (Month / Day / Year): 6/2/10 | TIME: 1204 | DISTRICT: 5 | BEAT: 569

WEATHER: ☑CLEAR ☐OVERCAST ☐DRIZZLE ☐RAIN
ROAD: ☑DRY ☐WET ☐CONCRETE ☑ASPHALT ☐DIRT
TRAFFIC: ☐LIGHT ☑MEDIUM ☐HEAVY
LIGHTING: ☐DAWN ☑DAYLIGHT ☐DUSK ☐DARKNESS

NO. OF OCCUPANTS: | ADULT MALE(S): 0 | ADULT FEMALE(S): 0 | CHILDREN: 0

LOCATION OF VIOLATION: Palama St. / Vineyard Blvd.

VANTAGE POINT:

LANE OF TRAVEL: Palama St onto Houghtailing St.

SIGN(S) POSTED:

ACTUAL SPEED | POSTED SPEED | SPEED VIOLATION MEASURED BY ☐PACE ☐LASER ☐RADAR

☐ I WAS CERTIFIED IN THE ABOVE DEVICE ☐ LASER DISTANCE _____
☐ DEVICE/SPEEDOMETER WAS ACCURATE, TESTED, & WORKING PROPERLY

COMPANION CITATION(S)/NOTICE(S) (list citation / notice no.): | ACCIDENT ☐Y ☐N | INJURY ☐Y ☐N

ACCIDENT REPORT NO.: | PROPERTY DAMAGE ☐ MAJOR ($3,000+) ☐ MINOR

OFFICER'S OBSERVATIONS (optional):
Observed operator not wearing seat belt attempted to put it on after seeing me. Taxgen vehicle was expired (2/10, black.)

### COMPLAINING OFFICER INFORMATION

PRINT RANK, FIRST INITIAL, & LAST NAME: MPO. N. Schspak | ID NO.: 10266c

OFFICER'S SIGNATURE: | DATE OF ISSUANCE: 6/2/10

**DEFENDANT'S ACKNOWLEDGMENT:** By signing below, I acknowledge service of this Notice. I understand that my signature is not an admission of responsibility.

X _____
Defendant's Signature

☐ DEFENDANT REFUSES TO SIGN

**NOTE TO DEFENDANT:** Please read the instructions on the reverse side carefully, then complete and return your Answer to this Notice (tear-away flap on the preprinted envelope), along with any payment or written statement in support of your Answer, within 21 calendar days from the date of this Notice, either by mail, in person, via the Internet, or by telephone. If you choose to mail an Answer, payment, or written statement, please use the preprinted envelope, seal the contents, affix postage, and be sure your mailing is postmarked within 21 calendar days from the date of this Notice. The Post Office will not deliver without proper postage. Please calculate the total amount due by adding the monetary assessments for each infraction.

If you are a "**PROVISIONAL LICENSE HOLDER**" or if the word "**COURT**" is listed next to an infraction that you are charged with committing, you are hereby directed to appear before the District Court of the First Circuit on the date and at the time and location designated below (see reverse side for address) to answer the charge(s). Failure to obey this Notice and Summons may result in a fine, imprisonment, arrest on other charges, and/or other penalties.

### SUMMONS

COURT LOCATION (see addresses on reverse side)
☐ HONOLULU ☐ KĀNE'OHE ☐ 'EWA ☐ WAHIAWĀ ☐ WAI'ANAE

| DATE | TIME | COURTROOM |
|---|---|---|

**COURT**

1D-V-135 (10/09)

---

I hereby certify that the information provided herein is extracted from the official records of the District Courts of the State of Hawaii

_Magho_
Clerk, District Court of the First Circuit
State of Hawaii

Sailola vs Municipal Services Bureau;
Civil No. 13-06544 HG RLP
Records from The Hawaii State Judiciary, Office of the
Administrative Director of Courts taken on 09/30/2014
Page 3

REDACTED

# State of Hawai'i - Notice of Traffic Infraction(s)
## In the District Court of the First Circuit

### IMPORTANT INSTRUCTIONS REGARDING YOUR NOTICE OF TRAFFIC INFRACTION(S)

This Notice of Traffic Infraction(s) (Notice) charges you with committing one or more civil traffic infractions. **IF YOU ARE A "PROVISIONAL LICENSE HOLDER" OR IF THE WORD "COURT" IS LISTED NEXT TO AN INFRACTION THAT YOU ARE CHARGED WITH COMMITTING, YOU MUST APPEAR BEFORE THE DISTRICT COURT OF THE FIRST CIRCUIT ON THE DATE AND AT THE TIME AND LOCATION DESIGNATED IN THE SUMMONS ON THE FRONT OF THIS NOTICE.** Failure to appear in court as summoned may result in your arrest for other offenses and/or imposition of other penalties, including fines, court costs, fees, and imprisonment.

If you are charged with committing an infraction with a listed monetary assessment, you must answer this Notice within 21 calendar days from the date of this Notice by choosing Option 1, 2, or 3, below. If you do not answer within 21 calendar days from the date of this Notice, the court will enter a default judgment against you for the total amount of monetary assessments and fees indicated on this Notice. If you fail to timely pay the default judgment, late fees and other costs will be assessed, your account may be referred to a collection agency and you may be charged for collection costs, your account may be reported to all major credit bureaus and may cause tax refund owed to you may be used to pay your obligations. The court may also order a license stopper, preventing you from acquiring/renewing your driver's license until all obligations are paid in full. **YOU MUST TAKE ACTION WITHIN 21 CALENDAR DAYS FROM THE DATE OF THIS NOTICE TO AVOID ENTRY OF DEFAULT JUDGMENT AGAINST YOU.**

### OPTION 1: ADMIT & PAY

If you admit committing the traffic infraction(s), complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return it with the total amount due and your copy of this Notice. You may pay by mail (using the preprinted envelope), in person at any district court, via the Internet, or by telephone. A $25 service fee will be charged for dishonored payments.

- **By Mail** – Your Answer to Notice, payment, and copy of this Notice must be postmarked within 21 calendar days from the date of this Notice. DO NOT SEND CASH. Imprinted checks or money orders (U.S. dollars only, payable to "DISTRICT COURT") and credit or debit cards (MasterCard & VISA) are accepted.

- **In Person** – Pay at any district court statewide within 21 calendar days from the date of this Notice. Counter service hours for Honolulu District Court, Traffic Violations Bureau, are 8:00 A.M. to 4:00 P.M. on Mondays, Tuesdays, Thursdays, and Fridays, and 8:00 A.M. to 9:00 P.M. on Wednesdays. Counter service hours for all other district courts (except Hana, Ka'u, Hamakua, and North Kohala) are 8:00 A.M. to 4:00 P.M. Monday through Friday. All district courts are closed on state holidays and Judiciary furlough days. Cash, imprinted checks and money orders (U.S. dollars only, payable to "DISTRICT COURT"), and credit or debit cards (MasterCard & VISA) are accepted.

- **Via Internet** – Pay via the Internet at http://www.courts.state.hi.us (Click on "Pay Fines") within 21 calendar days from the date of this Notice. Credit or debit cards (MasterCard & VISA) are accepted.

- **By Telephone** – Call 1-800-679-5949 within 21 calendar days from the date of this Notice. Credit or debit cards (MasterCard & VISA) are accepted.

### OPTION 2: DENY

If you deny committing the traffic infraction(s), you may either (1) request a hearing and appear in person to contest the infraction(s), or (2) submit a written statement explaining the grounds on which you contest the infraction(s). In either event, you must complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return your Answer to Notice, your copy of this Notice, and any written statement, within 21 calendar days from the date of this Notice, either by mail, using the preprinted envelope, or in person at any district court.

- **Contest In Person** – If you request a hearing to contest the infraction(s) in person, the court will notify you in writing of the date, time, and location of the hearing. You must appear at the hearing to explain the grounds on which you contest the infraction(s). If you want the issuing officer or any other witness present at the hearing, you must request a subpoena from the district

court at least 10 days before the hearing date, have the subpoena served, and pay mileage/witness fees' required to effectuate service. If you fail to appear at the hearing, the court may enter a default judgment against you for the total amount of monetary assessments and fees indicated on this Notice. **DO NOT SUBMIT PAYMENT WITH YOUR HEARING REQUEST.** You will be notified of the judge's decision after the hearing. If you disagree with the judge's decision, you may request a trial.

- **Contest By Written Statement** - If you submit a written statement explaining the grounds on which you contest the infraction(s), include your name, address, operator license number, citation number, and signature on the statement. When you submit a written statement with your Answer to Notice, no hearing will be scheduled. **DO NOT SUBMIT PAYMENT WITH YOUR WRITTEN STATEMENT.** You will be notified by mail of the judge's decision. If you disagree with the judge's decision, you may request a trial.

### OPTION 3: ADMIT BUT EXPLAIN MITIGATING CIRCUMSTANCES

If you admit committing the traffic infraction(s) but wish to explain mitigating circumstances, you may either (1) request a hearing and appear in person to explain mitigating circumstances, or (2) submit a written statement explaining the mitigating circumstances. In either event, you must complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return your Answer to Notice, your copy of this Notice, and any written statement, within 21 calendar days from the date of this Notice, either by mail, using the preprinted envelope, or in person at any district court.

- **Explain Mitigating Circumstances In Person** - If you request a hearing to explain mitigating circumstances in person, the court will notify you in writing of the date, time, and location of the hearing. If you fail to appear at the hearing, you must pay the total amount of monetary assessments and fees indicated on this Notice. **DO NOT SUBMIT PAYMENT WITH YOUR HEARING REQUEST.** You will be notified of the judge's decision after the hearing. **The judge's decision is FINAL and cannot be appealed.**

- **Explain Mitigating Circumstances By Written Statement** - If you submit a written statement explaining the grounds on which you contest the infraction(s), include your name, address, operator license number, citation number, and signature on the statement. When you submit a written statement with your Answer to Notice, no hearing will be scheduled. **DO NOT SUBMIT PAYMENT WITH YOUR WRITTEN STATEMENT.** You will be notified by mail of the judge's decision. **The judge's decision is FINAL and cannot be appealed.**

### IMPORTANT NOTE FOR JUVENILES UNDER AGE 18

Your parent or legal guardian must accompany you when appearing before the court and must co-sign any payment or written statement submitted to the court.

### INFORMATION ABOUT YOUR PRIVACY

Disclosure of the last four digits of your social security number (SSN) on this Notice is optional. The last four digits of your SSN will be used for identification purposes in administering state and federal driver's license and motor vehicle laws.

### ADDRESSES FOR THE DISTRICT COURT OF THE FIRST CIRCUIT

**HONOLULU**
Traffic Violations Bureau
1111 Alakea Street
Honolulu, Hawai'i 96813

**'EWA**
District Court, 'Ewa Division
870 Fourth Street
Pearl City, Hawai'i 96782

**KĀNE'OHE**
District Court, Kāne'ohe Division
45-939 Po'okela Street
Kāne'ohe, Hawai'i 96744

**WAHIAWĀ**
District Court, Wahiawā Division
1034 Kilani Avenue
Wahiawā, Hawai'i 96786

**WAI'ANAE (Nānākuli)**
*Closing Spring 2010*
District Court, Wai'anae Division
87-1784 Farrington Highway
Wai'anae, Hawai'i 96792

**WAI'ANAE (Kapolei Court Complex)**
*Opening Spring 2010*
District Court, Wai'anae Division
4675 Kapolei Parkway
Kapolei, Hawai'i 96707



If you require an accommodation for a disability when working with a court program, service, or activity, please contact the Disability Accommodations Coordinator at (808) 538-5121, FAX: (808) 538-5233, TTY: (808) 539-4853, at least ten (10) working days before your proceeding, hearing, or appointment date.

*Sailola vs Municipal Services Bureau;*
*Civil No. 13-00544 HG RLP*
*Records from The Hawaii State Judiciary, Office of the*
*Administrative Director of Courts taken on 09/30/2014*
*Page 4*

**State of Hawai'i - Notice of Traffic Infraction(s)**
**In the District Court of the First Circuit**

MAY 28 2008

CITATION NO. **1DTI-08-074883**

**COMPLAINT:** The undersigned officer, on behalf of Plaintiff State of Hawai'i, states that he/she has reasonable grounds to believe and does believe that on the date, at the time, and under the conditions indicated, the named defendant did commit the civil traffic infraction(s) noted below.

## OPERATOR INFORMATION

| | |
|---|---|
| LAST NAME **SAILOLA** | REGISTERED OWNER ☐ Y ☒ N |
| FIRST NAME **REED** | MIDDLE INITIAL(S) **W.** |

HOME ADDRESS (Street Number and Name) ▮▮▮▮

| CITY **Honolulu** | STATE **HI** | ZIP CODE **9681?** |
|---|---|---|

| JUVENILE ☐ Y ☒ N | PARENT'S NAME (if juvenile operator) |
|---|---|

| OPERATOR LICENSE NO. ▮▮▮▮ | STATE **HI** | EXP. DATE **12** |
|---|---|---|

| DATE OF BIRTH (Month/Day/Year) ▮▮ | HEIGHT | WEIGHT | HAIR COLOR **BLK** | EYE COLOR **BRN** |
|---|---|---|---|---|

| CLASS **3** | CDL ☐ Y ☒ N | RESTRICTIONS | U.S. CITIZEN ☒ Y ☐ N | SEX ☒ M ☐ F |
|---|---|---|---|---|

| CONTACT PHONE NUMBER(S) ▮▮▮ | SSN-Last 4 digits (optional, for identification purposes) XX - XX - **8517** | MILITARY SERVICE ☐ Y ☒ N |
|---|---|---|

EMPLOYER / SCHOOL / BRANCH OF SERVICE

## REGISTERED OWNER INFORMATION (if different from operator information)

LAST NAME

FIRST NAME ▮▮▮ MIDDLE INITIAL(S)

HOME ADDRESS (Street, City, State, Zip Code)

## VEHICLE INFORMATION

| LICENSE PLATE/VIN | STATE **HI** | HAZ MAT ☐ Y ☒ N |
|---|---|---|

| MAKE **Toyota** | MODEL **Tundra** | TYPE **PM** | COLOR **WHT** | YEAR **07** | CMV ☐ Y ☒ N |
|---|---|---|---|---|---|

## TRAFFIC INFRACTION(S) COMMITTED & MONETARY ASSESSMENT(S) PAYABLE (INCLUDING FEES)

- ☐ HRS 249-2 Delinquent Motor Vehicle Tax; (exp._____) ............ $70
- ☐ HRS 286-25 ( No / Expired ) Certificate of Inspection; (exp._____) ....... $70
- ☐ HRS 286-47(3) No Certificate of Registration in Vehicle ............ $70
- ☐ HRS 291-11.5(a)(1) No Child Passenger Restraint (Under 4 yrs old) ........... COURT
- ☐ HRS 291-11.5(a)(2) No Child Safety Seat / Booster Seat (4-7 yrs old) ....... COURT
- ☒ HRS 291-11.6(a)(1) No Seat Belt / Operator / Passenger 8-14 yrs old ) ....... $92
- ☐ HRS 291-11.6(a)(2) No Seat Belt, Front Seat Passenger 15+ yrs old ) ....... $92
- ☐ HRS 291-21.5(a) Tinted Glaze Glass - Owner ............ $287
- ☐ HRS 291C-15 Duty Upon Striking Unattended ( Vehicle / Property ) ....... $247
- ☐ HRS 291C-32(a)(3)(A) Disregarding Red Signal ............ $97
- ☐ HRS 291C-32(a)(3)(B) Prohibited Right Turn Against Red Signal ............ $97
- ☐ HRS 291C-38 Disregarding (_____) Traffic Lane Lines ............ $97
- ☐ HRS 291C-49(1) Unsafe Lane Change ............ $97
- ☐ HRS 291C-63(b) Disregarding Stop Sign ............ $97
- ☐ HRS 291C-81(3) Disregarding Traffic Control Device at Intersection ....... $97
- ☐ HRS 291C-101 Speed Restrictions Under Certain Conditions ............ $97
- HRS 291C-102(a)(1) Exceeding the Speed Limit
  - ☐ 1-10 MPH Over Limit (_____ MPH over) ............ $_____
  - ☐ 11-29 MPH Over Limit (_____ MPH over) ............ $_____

| SECTION | DESCRIPTION | $ |
|---|---|---|
| SECTION | DESCRIPTION | $ |

**COURT**

## DETAILS REGARDING THE INFRACTION(S) CHARGED

| DATE (Month / Day / Year) **05-27-08** | TIME **1134** | DISTRICT **7** | BEAT **762** |
|---|---|---|---|

| WEATHER | ☒ CLEAR | ☐ OVERCAST | ☐ DRIZZLE | ☐ RAIN |
|---|---|---|---|---|
| ROAD | ☒ DRY | ☐ WET | ☐ CONCRETE | ☒ ASPHALT | ☐ DIRT |
| TRAFFIC | | ☐ LIGHT | ☒ MEDIUM | ☐ HEAVY | |
| LIGHTING | ☐ DAWN | ☒ DAYLIGHT | ☐ DUSK | ☐ DARKNESS |

| NO. OF OCCUPANTS: | ADULT MALE(S) | ADULT FEMALE(S) | CHILDREN |
|---|---|---|---|

LOCATION OF VIOLATION **KAPAHULU AVE / HARDING AVE**

| VANTAGE POINT **11** | **4** |
|---|---|

LANE OF TRAVEL **#1**

SIGN(S) POSTED

| ACTUAL SPEED | POSTED SPEED | SPEED VIOLATION MEASURED BY ☐ PACE ☐ LASER ☐ RADAR |
|---|---|---|

☐ I WAS CERTIFIED IN THE ABOVE DEVICE ☐ LASER DISTANCE _____
☐ DEVICE/SPEEDOMETER WAS ACCURATE, TESTED, & WORKING PROPERLY

| COMPANION CITATION(S)/NOTICE(S) (list citation / notice no.) | ACCIDENT ☐ Y ☒ N | INJURY ☐ Y ☒ N |
|---|---|---|

| ACCIDENT REPORT NO. | PROPERTY DAMAGE ☐ MAJOR ($3,000+) ☐ MINOR |
|---|---|

OFFICER'S OBSERVATIONS (optional)
**OPPERATOR NOT WEARING SEATBELT VEH. IN MOTION**

## COMPLAINING OFFICER INFORMATION

| PRINT RANK, FIRST INITIAL, & LAST NAME **MPO R. HUNG** | ID NO. **101622** |
|---|---|

| OFFICER'S SIGNATURE | DATE OF ISSUANCE **05-27-08** |
|---|---|

**DEFENDANT'S ACKNOWLEDGMENT:** By signing below, I acknowledge service of this Notice. I understand that my signature is not an admission of responsibility.

X _Reed Sailola_    ☐ DEFENDANT REFUSES TO SIGN
Defendant's Signature

**NOTE TO DEFENDANT:** Please read the instructions on the reverse side carefully, then complete and return your Answer on this Notice (tear-away flap on the preprinted envelope), along with any payment or written statement in support of your Answer, within 21 calendar days from the date of this Notice, either by mail, in person, via the Internet, or by telephone. If you choose to mail an Answer, payment, or written statement, please use the preprinted envelope, seal the contents, affix postage, and be sure your mailing is postmarked within 21 calendar days from the date of this Notice. The Post Office will not deliver without proper postage. Please calculate the total amount due by adding the monetary assessments for each infraction.

If the word "**COURT**" is listed next to an infraction that you are charged with committing, you are hereby directed to appear before the District Court of the First Circuit on the date and at the time and location designated below (see reverse side for address) to answer the charge(s). Failure to obey this Notice and Summons may result in a fine, imprisonment, arrest on other charges, and/or other penalties.

## SUMMONS

COURT LOCATION (see reverse side)

| ☐ HONOLULU | ☐ KĀNE'OHE | ☐ 'EWA | ☐ WAHIAWĀ | ☐ WAI'ANAE |
|---|---|---|---|---|

| DATE | TIME | COURTROOM |
|---|---|---|

**COURT**

1D-V-135 (10/07)

---

I hereby certify that the information provided herein is extracted from the official records of the District Courts of the State of Hawaii

_J. Magno_
Clerk, District Court of the First Circuit
State of Hawaii

*Sailola vs Municipal Services Bureau;*
*Civil No. 13-00544 HG RLP*
*Records from The Hawaii State Judiciary, Office of the*
*Administrative Director of Courts taken on 09/30/2014*
*Page 5*

**REDACTED**

# State of Hawai'i - Notice of Traffic Infraction(s)
# In the District Court of the First Circuit

## IMPORTANT INSTRUCTIONS REGARDING YOUR NOTICE OF TRAFFIC INFRACTION(S)

This Notice of Traffic Infraction(s) (Notice) charges you with committing one or more civil traffic infractions. **IF THE WORD "COURT" IS LISTED NEXT TO AN INFRACTION THAT YOU ARE CHARGED WITH COMMITTING, YOU MUST APPEAR BEFORE THE DISTRICT COURT OF THE FIRST CIRCUIT ON THE DATE AND AT THE TIME AND LOCATION DESIGNATED IN THE SUMMONS ON THE FRONT OF THIS NOTICE. Failure to appear in court as summoned may result in your arrest for other offenses and/or imposition of other penalties, including fines, court costs, fees, and imprisonment.**

If you are charged with committing an infraction with a listed monetary assessment, you must answer this Notice within 21 calendar days from the date of this Notice by choosing Option 1, 2, or 3, below. If you do not answer within 21 calendar days from the date of this Notice, the court will enter a default judgment against you for the total amount of monetary assessments and fees indicated on this Notice. If you fail to timely pay the default judgment, late fees and other costs will be assessed, your account may be referred to a collection agency, you may be charged for collection costs, and any state tax refund owed to you may be used to pay your obligations. The court may also order a license stopper, preventing you from acquiring/renewing your driver's license until all obligations are paid in full. **YOU MUST TAKE ACTION WITHIN 21 CALENDAR DAYS FROM THE DATE OF THIS NOTICE TO AVOID ENTRY OF DEFAULT JUDGMENT AGAINST YOU.**

### OPTION 1: ADMIT & PAY
If you admit committing the traffic infraction(s), complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return it with the total amount due and your copy of this Notice. You may pay by mail, using the preprinted envelope; in person at any district court; via the Internet; or by telephone. A $25 service fee will be charged for dishonored payments.

- **By Mail** – Your Answer to Notice, payment, and copy of this Notice must be postmarked within 21 calendar days from the date of this Notice. **DO NOT SEND CASH.** Imprinted checks or money orders (U.S. dollars only, payable to "DISTRICT COURT") and credit or debit cards (MasterCard & VISA) are accepted.

- **In Person** – Pay at any district court statewide within 21 calendar days from the date of this Notice. Counter service hours for Honolulu District Court, Traffic Violations Bureau, are 8:00 A.M. to 4:00 P.M. on Mondays, Tuesdays, Thursdays, and Fridays, and 8:00 A.M. to 9:00 P.M. on Wednesdays. Counter service hours for all other district courts (except Hana, Puna, Ka'u, Hamakua, and North Kohala) are 8:00 A.M. to 4:00 P.M. Monday through Friday. All district courts are closed on state holidays. Cash, imprinted checks and money orders (U.S. dollars only, payable to "DISTRICT COURT"), and credit or debit cards (MasterCard & VISA) are accepted.

- **Via Internet** – Pay via the Internet at http://www.courts.state.hi.us (Click on "Pay Fines") within 21 calendar days from the date of this Notice. Credit or debit cards (MasterCard & VISA) are accepted.

- **By Telephone** – Call 1-800-679-5949 within 21 calendar days from the date of this Notice. Credit or debit cards (MasterCard & VISA) are accepted.

### OPTION 2: DENY
If you deny committing the traffic infraction(s), you may either (1) request a hearing and appear in person to contest the infraction(s), or (2) submit a written statement explaining the grounds on which you contest the infraction(s). In either event, you must complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return your Answer to Notice, your copy of this Notice, and any written statement, within 21 calendar days from the date of this Notice, either by mail, using the preprinted envelope, or in person at any district court.

- **Contest In Person** – If you request a hearing to contest the infraction(s) in person, the court will notify you in writing of the date, time, and location of the hearing. You must appear at the hearing to explain the grounds on which you contest the infraction(s). If you want the issuing officer or any other witness present at the hearing, you must request a subpoena from the district

court at least 10 days before the hearing date, have the subpoena served, and pay mileage/witness fees required to effectuate service. If you fail to appear at the hearing, the court may enter a default judgment against you for the total amount of monetary assessments and fees indicated on this Notice. **DO NOT SUBMIT PAYMENT WITH YOUR HEARING REQUEST.** You will be notified of the judge's decision after the hearing. If you disagree with the judge's decision, you may request a trial.

- **Contest By Written Statement** – If you submit a written statement explaining the grounds on which you contest the infraction(s), include your name, address, operator license number, citation number, and signature on the statement. When you submit a written statement with your Answer to Notice, no hearing will be scheduled. **DO NOT SUBMIT PAYMENT WITH YOUR WRITTEN STATEMENT.** You will be notified by mail of the judge's decision. If you disagree with the judge's decision, you may request a trial.

### OPTION 3: ADMIT BUT EXPLAIN MITIGATING CIRCUMSTANCES
If you admit committing the traffic infraction(s) but wish to explain mitigating circumstances, you may either (1) request a hearing and appear in person to explain mitigating circumstances, or (2) submit a written statement explaining the mitigating circumstances. In either event, you must complete, sign, and date the Answer to Notice (tear-away flap on the preprinted envelope) and return your Answer to Notice, your copy of this Notice, and any written statement, within 21 calendar days from the date of this Notice, either by mail, using the preprinted envelope, or in person at any district court.

- **Explain Mitigating Circumstances In Person** – If you request a hearing to explain mitigating circumstances in person, the court will notify you in writing of the date, time, and location of the hearing. If you fail to appear at the hearing, you must pay the total amount of monetary assessments and fees indicated on this Notice. **DO NOT SUBMIT PAYMENT WITH YOUR HEARING REQUEST.** You will be notified of the judge's decision after the hearing. **The judge's decision is FINAL and cannot be appealed.**

- **Explain Mitigating Circumstances By Written Statement** - If you submit a written statement explaining the grounds on which you contest the infraction(s), include your name, address, operator license number, citation number, and signature on the statement. When you submit a written statement with your Answer to Notice, no hearing will be scheduled. **DO NOT SUBMIT PAYMENT WITH YOUR WRITTEN STATEMENT.** You will be notified by mail of the judge's decision. **The judge's decision is FINAL and cannot be appealed.**

### IMPORTANT NOTE FOR JUVENILES UNDER AGE 18
Your parent or legal guardian must accompany you when appearing before the court and must co-sign any payment or written statement submitted to the court.

### INFORMATION ABOUT YOUR PRIVACY
Disclosure of the last four digits of your social security number (SSN) on this Notice is optional. The last four digits of your SSN will be used for identification purposes in administering Hawai'i's driver's license and motor vehicle laws.

### ADDRESSES FOR THE DISTRICT COURT OF THE FIRST CIRCUIT

**HONOLULU**
Traffic Violations Bureau
1111 Alakea Street
Honolulu, Hawai'i 96813

**WAHIAWĀ**
District Court, Wahiawā Division
1034 Kilani Avenue
Wahiawā, Hawai'i 96786

**KĀNE'OHE**
District Court, Kāne'ohe Division
45-939 Po'okela Street
Kāne'ohe, Hawai'i 96744

**WAI'ANAE (Nānākuli)**
District Court, Wai'anae Division
87-1784 Farrington Highway
Wai'anae, Hawai'i 96792

**'EWA**
District Court, 'Ewa Division
870 Fourth Street
Pearl City, Hawai'i 96782

 If you require an accommodation for a disability when working with a court program, service, or activity, please contact the Disability Accommodations Coordinator at (808) 538-5121, FAX: (808) 538-5233, TTY: (808) 539-4853, at least ten (10) working days before your proceeding, hearing, or appointment date.

*Sailota vs Municipal Services Bureau;*
*Civil No. 13-00544 HG RLP*
*Records from The Hawaii State Judiciary, Office of the*
*Administrative Director of Courts taken on 09/30/2014*
*Page 6*

BAIL/BOND RECEIPT, ACKNOWLEDGMENT, AND NOTICE TO APPEAR

BBRA No. 10    0113163

Case No.  1DTA-11-03671

| Arresting Agency: HON. P.D. | State ID (SID)/Booking No. (if applicable): A0166286 | Date: 8-8-11 |
|---|---|---|

| Charge(s)/Statutory Section(s): | Arrest Report/Citation No(s): | Amount | Charge(s)/Statutory Section(s): | Arrest Report/Citation No(s): | Amount |
|---|---|---|---|---|---|
| O.V.U.I.I / | 11-284396 | $ 1,000.00 | | | $ |
| HRS 291E-61 | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |

Release Based On: ☐ ROR  ☒ CASH deposited by DEFENDANT  ☐ CASH deposited by THIRD PARTY SURETY
☐ PAPER BOND posted by LICENSED SURETY INSURANCE COMPANY/AGENT (Attach Copy of Paper Bond and Copy of Agent's Power of Attorney)  @ 18742

(For Judiciary Use Only)
DISTRICT COURT OF THE FIRST CIRCUIT FISCAL OPERATIONS
2011 AUG -8 AM 10: 42

BAIL/BOND FOR (Defendant's Name) SAILOLA, REED W.

DOB: [REDACTED]    LAST 4 DIGITS OF SSN: XXX-XX- 8 5 9 7    PHONE: [REDACTED] 7563

ADDRESS: [REDACTED]

AMOUNT RECEIVED: $ 1,000.00 / ONE THOUSAND DOLLARS    ☐ ROR

CERTIFIED/CASHIER'S CHECK NO. OR POWER OF ATTORNEY NO. _____

APPEARANCE INFORMATION: YOU ARE TO APPEAR IN THE FOLLOWING COURT CHECKED BELOW (address on back):
☐ CIRCUIT - Punchbowl  ☐ CIRCUIT - Alakea  ☐ CIRCUIT - Kaneohe  ☐ FAMILY - Kapolei  ☐ FAMILY - Alakea
DISTRICT COURT: ☒ HONOLULU  ☐ 'EWA (PEARL CITY)  ☐ KANE'OHE  ☐ WAHIAWA  ☐ WAI'ANAE (KAPOLEI)

COURT DATE AND TIME: SEP. 6, 2011    (4B)    / 8:30  AM/PM (circle one)

DEFENDANT'S ACKNOWLEDGMENT OF TERMS AND CONDITIONS FOR RELEASE ON BAIL OR RECOGNIZANCE

In order to be admitted to bail and released from custody on bail or released on recognizance, I comply with the terms and conditions of release on bail or recognizance set forth herein, all conditions imposed by law, and any additional conditions that a court may later impose on me. I specifically understand and agree that:
- I must appear in person for all court hearings, including the hearing set forth above. If I fail to appear, my release will be revoked, a bench warrant will be issued for my arrest, and I may be charged for bail jumping or contempt of court.
- I will remain in the State of Hawaii unless I obtain court approval to leave the jurisdiction.
- I will not commit a federal, state or local offense during the period of release.
- The court may REVOKE MY RELEASE if any term or condition of release is violated.
- If, at any time, I fail to appear in court on the day and at the time indicated on this Receipt, Acknowledgment, and Notice to Appear Form or any other day and time ordered by the court, any cash or bond posted for my release WILL BE FORFEITED to the State and NOT RETURNED.
- Any cash I have deposited as security for this bond may be applied to pay any fines, restitution, costs and/or fees that I may be ordered to pay in this case.

4B

| Date 8-8-11 | SAILOLA, REED W. | Reed Saild |
|---|---|---|
| | Print Name of Defendant | Defendant's Signature |

NOTIFICATION TO THIRD-PARTY SURETY OF BAIL BOND CONDITIONS/OBLIGATIONS

I have read and understand the terms and conditions of bail signed by defendant. I understand that this is a continuing bond that will remain in full force and effect, unless otherwise ordered by the court, until final determination of all proceedings in this case, including appeal. If I wish earlier discharge from liability on this bond, I must surrender Defendant to the custody of any sheriff, chief of police, or their authorized subordinates. I understand that if Defendant fails to appear in court on the day and at the time indicated on this Receipt, Acknowledgment, and Notice to Appear Form or any other day and time ordered by the court, judgment for the full amount of this bail bond shall be entered in favor of the State. Any request to show good cause why the court should vacate the judgment of forfeiture must be filed within thirty (30) days from the date notice of the entry of judgment in favor of the state is given via personal service or certified mail, return receipt requested.
☐ If cash was deposited as security for the full amount of this bond, the full amount will be forfeited to the State and not returned to me.
☐ If a paper bond was filed, surety is required to pay the full amount of the bond to the State in execution of the judgment unless a) the court sustains the surety's motion or application submitted pursuant to HRS § 804-51 and vacates the judgment based on a showing of good cause or b) defendant is surrendered pursuant to HRS §§ 804-14, 804-41, and 804-51.

I hereby certify that the information provided herein is extracted from the official records of the District Courts of the State of Hawaii.

| Telephone No. | Print Name of Third Party Surety or Agent | Driver License/Other ID No. | SEP 23 2014 |
|---|---|---|---|
| | | | Clerk, District Court of the First Circuit State of Hawaii |
| Date | Signature of Third-Party Surety or Agent | Preferred Mailing Address of Third-Party Surety | ESPINOSA, CUSTODIAN OF RECORDS |

NOTE: COPY OF PAPER BOND AND COPY OF AGENT'S POWER OF ATTORNEY MUST BE ATTACHED IF PAPER BOND FILED.

LAW ENFORCEMENT OFFICER/CLERK

| Date 8-8-11 | Print Name/ID No. C TUSHI / 102583 | Officer/Clerk's Signature | Agency HON. P.D. |
|---|---|---|---|

Sailola vs Municipal Services Bureau;
Civil No. 13-00544 HG RLP
Records from The Hawaii State Judiciary, Office of the
Administrative Director of Courts taken on 09/30/2014
Page 7

(Rev. May 2010)    Distribution: Original + 1

1DTA-11-03671    HNA-1300001201-027
State v. Reed W Sailola    1 Page
State of Hawaii    08/08/2011 07:49 AM
Honolulu    DC Fiscal

White, Original - Court
BCPjty, Blue - Law Enforcement

1D-V-153

REDACTED

DISTRICT COURT OF THE FIRST CIRCUIT                    STATE OF HAWAI'I
2810
DIVISION: HONOLULU DIVISION    Thursday, 6 December, 2012    13:30   TRAFFIC COURT Room: 10C

NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT Print:13:30

| Case No. | Date | Name | | Citation/Report No. |
|---|---|---|---|---|
| 1DTA-11-03671 | 12/06/2012 | State v. Reed W Sailola | @18742 | 11284396 |

| Also Case No. | Violation Section | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|
| θ (Count 1) | HRS 291E-61(a)(1)(3)(b)(1) | | | |

Traffic Infraction: [ ] Mitigation/Admit [ ] Contested Hearing/Denied         Traffic Crime Plea: [ ] GUILTY [ ] NO CONTEST [ ] NOT GUILTY
                     [ ] Written Statement

The Court has:                                                TRIAL HAD: [ ] FOUND GUILTY          [ ] FOUND NOT GUILTY

[ ] Entered default judgment.
[ ] Entered judgment in favor of the State. (See below)      JAIL   Hours/Days              Hours/Days        [ ] Concurrent
[ ] Entered judgment in your favor. (See below)                     Months    Suspended    Months            [ ] Consecutive
[ ] Vacated the judgment & set for Trial de Novo.                   Year *  *  but suspend    Year  [ ] Credit 30 dg

| FINE/JUDGMENT | | Days | Suspended | Days | LICENSE | | Days | [ ] Absolute |
|---|---|---|---|---|---|---|---|---|
| $ 250 | Suspended | Months | Sentence | Months | [ ] SUSPENDED | Months | [ ] 30 days absolute; may drive 60 days to and from work; work related purposes and class only |
| | | Year | | Year | [√] REVOKED | Year | [ ] Concurrent with Administrative Revocation OAF |

| Restitution | CICF | PFA | DE | DUI DE | CPRC | NTF | CTC | SFE | ADF | R20 | SGF | Other Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | $ 30 | $ | $ 7 | $ 100 | | $ 25 | $ | | | | * | $ 250 |
| | | | | | | | | | | | | $ 150 |

[ ] DAGP (Deferred Acceptance of Guilty Plea)             Days
[ ] DANCP (Deferred Acceptance of Nolo Contendere)        Months    CONDITIONS: MTAC & memo in opp sssf
[ ] PROBATION (See attached form)                         Year      5-24-12, MTS filed 5-18-12, MTD
[ ] Demanded Jury Trial                                              (filed 8-25-12)    on M1
[ ] Waived Jury Trial  [ ] Signed & Filed                 142                          only
[ ] Waived Presence of Defendant
[√] Waived Reading of the Charge                           FISCAL USE:
[ ] Waived Right to Counsel
[ ] Waived Speedy Trial & Rule 48                          Stip to Factual Mot
[ ] Retained Own Counsel                                  + trial stip hist read:
[ ] Requested Interpreter, Language:                      to          (14P)

Referred to:                                              MTAC w/D
[ ] Adult Community Service and Restitution Unit    Hours  D 1st A D
[ ] District Court Probation  * if the mtd disch          trial A
Driver Education:  & own expse                            D stip to all ex
[ ] 10 hours AARP Minimum    [√] 14 hours AARP Minimum     mot to supp-den
[ ] Driver Improvement Course     [ ] CPRC Course
[ ] Need Not Return if Complied  [ ] Public Defender (See Back)  Exhs 1, 2, 3, 4 intro/sub into evid

[ ] Discharged
[ ] Dismissed [ ] With Prejudice [ ] Without Prejudice
[ ] No Further Action Taken        base on exhibits,
[ ] Nolle Prosequi
[ ] Stricken  C found beyond reas deft

[ ] Penal Summons by  [ ] Judicial Services [ ] TVB  guilt

| RETURN COURT DATE FOR: | DATE / FLOOR / COURTROOM | TIME |
|---|---|---|
| PAYMENT Stip to Court for ADERO | | reverse |
| SENTENCE ** | out come | |
| PROOF OF COMPLIANCE | 6-6-13 10D | 130 |
| DAGP/DANCP | SEN FURTHER | |
| ARRAIGNMENT PLEA TRIAL TRIAL DE NOVO | 1-7-13 | 130 |
| HEARING: | 10D | |

Bail Forfeiture $ _____ & No Further Action
Bail Forfeiture $ _____ & Bench Warrant Action
Bond Forfeiture $ _____ & Bench Warrant $ _____
Bail Forfeiture $ _____          Set Aside

BAIL         [ ] Custody      [ ] Aggregate
SET          [ ] No Bail Set   [ ] Cash Only
AT $ _____ [ ] Release to Appear  [ ] Refund Bail
BAIL/BOND POSTED    RECEIPT NO. /BONDSMAN
1,000.00 1DEP 113163    Sailola, Reed Wade
OFFICER/BADGE ID#

ATTORNEY _____

COMMITTED T

TRANSFERRED      1DTA-11-03671   HN3-1200001255-538
[ ] KĀNE'OHE     State v. Reed W Sailola    1 Page
                 State of Hawaii 12/06/2012 01:38 PM
                 Honolulu DC Legal Documents   JNEJ

J. Burg

Sailola, Reed Wade
Def's Signature _____         Address: _____

Phone No.: _____ (home)      (work) Judge/Clerk  DL    /    DT

Reprographics (05/12)                                    hereby certify that the information provided
                                                         herein is extracted from the official records
Sailola vs Municipal Services Bureau;       COURT COPY   of the District Courts of the State of Hawaii.
Civil No. 13-00544 HG RLP
Records from The Hawaii State Judiciary, Office of the   J. ESPINOSA    _____ SEP 22 2014
Administrative Director of Courts taken on 09/30/2014    CUSTODIAN OF RECORDS   Clerk, District Court of the First Circuit
Page 8                                                                          State of Hawaii

1D-V-103