TO BE MANUALLY FILED

EXHIBIT C