# DISTRICT COURT OF THE FIRST CIRCUIT     STATE OF HAWAI'I

DIVISION: HONOLULU DIVISION    Monday, 7 January, 2013    13:30   TRAFFIC COURT Room: 10D

## NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT   Print:13:30

| Case No. | Date | Name | | Citation/Report No. |
|---|---|---|---|---|
| 1DTA-11-03671 | 01/07/2013 | State v. Reed W Sailola | 018742 | 11284396 |

| Also Case No. | Violation Section | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|
| 13 (Count 1) | HRS 291E-61(a)(1)(3)(b)(1) | | | |

**Traffic Infraction:** [ ] Mitigation/Admit  [ ] Contested Hearing/Denied  [ ] Written Statement

**Traffic Crime Plea:** [ ] GUILTY  [ ] NO CONTEST  [ ] NOT GUILTY

The Court has:
[ ] Entered default judgment.
[ ] Entered judgment in favor of the State. (See below)
[ ] Entered judgment in your favor. (See below)
[ ] Vacated the judgment & set for Trial de Novo.

TRIAL HAD:  [ ] FOUND GUILTY  [ ] FOUND NOT GUILTY

JAIL    Hours/Days     Hours/Days    [ ] Concurrent
Months Suspended     Months    [ ] Consecutive
Year     Year    [ ] Credit

FINE/JUDGMENT $ ___ Suspended ___ Days Months Year    Suspended Sentence ___ Days Months Year

LICENSE    Days [ ] Absolute
[ ] SUSPENDED   Months [ ] 30 days absolute; may drive 60 days to and from work;
[ ] REVOKED   Year    work related purposes and class only
    [ ] Concurrent with Administrative Revocation

| Restitution $ | CICF $ | PFA $ | DE $ | DUI DE $ | CPRC $ | NTF $ | CTC $ | SFE $ | ADF $ | R20 $ | SGF $ | Other Fees $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

[ ] DAGP (Deferred Acceptance of Guilty Plea)    Days
[ ] DANCP (Deferred Acceptance of Nolo Contendere)    Months
[ ] PROBATION (See attached form)    Year

CONDITIONS: _Sentence_

[ ] Demanded Jury Trial
[ ] Waived Jury Trial  [ ] Signed & Filed
[ ] Waived Presence of Defendant
[ ] Waived Reading of the Charge
[ ] Waived Right to Counsel
[ ] Waived Speedy Trial & Rule 48
[ ] Retained Own Counsel
[ ] Requested Interpreter, Language:

_Perfection of Appeal_

FISCAL USE: _(Transcript requested & exhibits needed for appeal)_

**Referred to:**
[ ] Adult Community Service and Restitution Unit _____ Hours
[ ] District Court Probation

**Driver Education:**
[ ] 10 hours AARP Minimum    [ ] Alcohol Assessment
[ ] Driver Improvement Course    [ ] 14 hours AARP Minimum
[ ] Need Not Return if Complied    [ ] CPRC Course
   [ ] Public Defender (See Back)

[ ] Discharged
[ ] Dismissed [ ] With Prejudice  [ ] Without Prejudice
[ ] No Further Action Taken
[ ] Nolle Prosequi
[ ] Stricken

[ ] Penal Summons by  [ ] Judicial Services  [ ] TVB
Bail Forfeiture $ _____ & No Further Action
Bail Forfeiture $ _____ & Bench Warrant $ _____
Bond Forfeiture $ _____ & Bench Warrant $ _____
Bail Forfeiture $ _____ of _____ Set Aside

BAIL   [ ] Custody    [ ] Aggregate
SET   [ ] No Bail Set    [ ] Cash Only
AT $   [ ] Release to Appear    [ ] Refund Bail

BAIL/BOND POSTED    RECEIPT NO./BONDSMAN
1,000.00  1DHP011316  3  Sailola, Reed Wade

OFFICER/BADGE/ID# _Continued_

ATTORNEY _Jonathan Burge_

Sailola, Reed Wade
Def's Signature _____

**RETURN COURT DATE FOR:**   DATE / FLOOR / COURTROOM   TIME
PAYMENT
SENTENCE
PROOF OF COMPLIANCE
DAGP/DANCP
ARRAIGNMENT PLEA & TRIAL/TRIAL
HEARING:
COMMITTED TO CIRCUIT COURT
TRANSFERRED TO: [ ] 'EWA  [ ] HONOLULU  [ ] KĀNE'OHE  [ ] WAHIAWĀ  [ ] WAI'ANAE

Address: _____

Phone No.: _____ (home) _____ (work)  Judge/Clerk: _____

I hereby certify that the information provided herein is extracted from the official records of the District Courts of the State of Hawaii
JUL - 2 2014
Clerk, District Court of the First Circuit
State of Hawaii

Reprographics (05/12)

**COURT COPY**
Exhibit "E"

1D-V-10C

## NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER AND PLEA/JUDGMENT

Print: 13:30

| Case No. | Date | Name | Citation/Report No. |
|---|---|---|---|
| 1DTA-11-03671 | 06/06/2013 | State v. Reed W Sailola    @18742 | 11284396 |

| Also Case No. | Violation Section | Amended to | Driver's License No. | Veh. Plate No. |
|---|---|---|---|---|
| 13 (Count 1) | HRS 291E-61(a)(1)(3)(b)(1) | | | |

**Traffic Infraction:** [ ] Mitigation/Admit [ ] Contested Hearing/Denied [ ] Written Statement

**Traffic Crime Plea:** [ ] GUILTY [ ] NO CONTEST [ ] NOT GUILTY

**TRIAL HAD:** [ ] FOUND GUILTY [ ] FOUND NOT GUILTY

The Court has:
- [ ] Entered default judgment.
- [ ] Entered judgment in favor of the State. (See below)
- [ ] Entered judgment in your favor. (See below)
- [ ] Vacated the judgment & set for Trial de Novo.

JAIL   Hours/Days ___ Hours/Days [ ] Concurrent
       Months    Suspended    Months  [ ] Consecutive
       Year                   Year    [ ] Credit

**FINE/JUDGMENT**
$ ____ Suspended ____ Days Months Year   Suspended Sentence ____ Days Months Year

**LICENSE**
[ ] SUSPENDED   Days Months Year
[ ] REVOKED
[ ] Absolute
[ ] 30 days absolute; may drive 60 days to and from work; work related purposes and class only
[ ] Concurrent with Administrative Revocation

| Restitution | CICF | PFA | DE | DUI DE | CPRC | NTF | CTC | SFE | ADF | R20 | SGF | Other Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |

- [ ] DAGP (Deferred Acceptance of Guilty Plea)   Days
- [ ] DANCP (Deferred Acceptance of Nolo Contendere)   Months
- [ ] PROBATION (See attached form)   Year
- [ ] Demanded Jury Trial
- [ ] Waived Jury Trial [ ] Signed & Filed
- [ ] Waived Presence of Defendant
- [ ] Waived Reading of the Charge
- [ ] Waived Right to Counsel
- [ ] Waived Speedy Trial & Rule 48
- [ ] Retained Own Counsel
- [ ] Requested Interpreter, Language: ____

**CONDITIONS:** DAF
File Cert. provided by pros.

**FISCAL USE:** Sentence Stayed pending appeal. (Notice of filed 5/28/13).

**Referred to:**
- [ ] Adult Community Service and Restitution Unit ____ Hours
- [ ] District Court Probation

Driver Education:
- [ ] 10 hours AARP Minimum    [ ] Alcohol Assessment
- [ ] Driver Improvement Course [ ] 14 hours AARP Minimum
- [ ] Need Not Return if Complied [ ] CPRC Course
                                   [ ] Public Defender (See Back)

- [ ] Discharged
- [ ] Dismissed [ ] With Prejudice [ ] Without Prejudice
- [ ] No Further Action Taken
- [ ] Nolle Prosequi
- [ ] Stricken

S/POC/BF/BW recalled

- [ ] Penal Summons by [ ] Judicial Services [ ] TVB
Bail Forfeiture $ 1,000 & No Further Action   300
Bail Forfeiture $ ____ & Bench Warrant $ ____
Bond Forfeiture $ ____ & Bench Warrant $ ____
Bail Forfeiture $ ____ of ____ Set Aside

BAIL SET AT $ ____ [✓] Custody  [ ] Aggregate
                   [ ] No Bail Set [ ] Cash Only
                   [ ] Release to Appear [ ] Refund Bail

BAIL/BOND POSTED   RECEIPT NO./BONDSMAN
1,000.00 1MP0113163  Sailola, Reed Wade

OFFICER/BADGE/ID# ____
ATTORNEY ____

**RETURN COURT DATE FOR:**

| | DATE / FLOOR / COURTROOM | TIME |
|---|---|---|
| PAYMENT | | |
| SENTENCE | | |
| PROOF OF COMPLIANCE | | |
| DAGP/DANCP | | |
| ARRAIGNMENT PLEA & TRIAL/TRIAL DE NOVO | | |
| HEARING: | | |
| COMMITTED TO CIRCUIT COURT | | |
| TRANSFERRED TO: [ ] 'EWA [ ] HONOLULU [ ] KĀNE'OHE [ ] WAHIAWĀ [ ] WAI'ANAE | | |

I hereby certify that the foregoing is a true and correct copy of the original.

JUL - 2 2014

Clerk, District Court of the First Circuit
___ Division

Sailola, Reed Wade
Def's Signature ____   Address: ____
Phone No.: ____ (home) ____ (work)   Judge/Clerk: D Lo / K Suzuki

Reprographics (05/12)   Exhibit "E"   D-V-103
                        COURT COPY