1

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000002
15-APR-2013
08:52 AM

```
  1         IN THE DISTRICT COURT OF THE FIRST CIRCUIT
  2                        STATE OF HAWAII
  3     _____
                                        )  CASE NO. 1DTA-11-03671
  4     STATE OF HAWAII,                )
                                        )
  5                     Plaintiff,      )
                                        )
  6         vs.                         )
                                        )
  7     REED W. SAILOLA,                )
                                        )
  8                     Defendant.      )
        _____)
  9

 10        TRANSCRIPT OF ELECTRONICALLY-RECORDED PROCEEDINGS

 11     before the Honorable David Lo, Judge presiding, on

 12     December 6, 2012, in the above-entitled matter.

 13

 14

 15     APPEARANCES:

 16     ANNE CLARKIN                            For Plaintiff

 17     JONATHAN BURGE                          For Defendant

 18

 19

 20

 21

 22

 23     Transcribed by:
        Theresa A. Reese, RPR, CSR #428
 24     Official Court Reporter
        State of Hawaii
 25
```

                    Official Court Reporter
                    First Circuit Court
                       State of Hawaii

13

*COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)*

```
1   BY THE COURT:
2   Q     But, nonetheless, Mr. Sailola, if you do decide or
3   if you remain silent and not testify, the Court will not
4   hold that against you.
5         You understand that?
6   A     Yes.
7   Q     And if you testify, the prosecutor has the
8   opportunity to cross-examine you; correct?
9   A     Yes.
10  Q     All right.  So through your attorney -- discussion
11  with your attorney, you've decided to remain silent and
12  not call any witnesses; correct?
13  A     Yes.
14  Q     And that's why you agreed and (indiscernible) to
15  do a stipulated fact trial; correct?
16  A     Yes.
17              THE COURT:  Okay.  All right.  Anything
18  further?
19              MR. BURGE:  No, your Honor.
20              MS. CLARKIN:  No, your Honor.
21              THE COURT:  All right.  Court will
22  sentence the defendant to 14 hours of substance abuse
23  rehabilitation as well as undergo substance abuse
24  assessment and possible treatment; one-year license
25  revocation; pay fees in the amount of $107 DE, $30 CVCF,
```

Official Court Reporter
First Circuit Court
State of Hawaii

14
COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1   $25 neurotrauma, $250 DDRA of which $150 will be
 2   suspended, and a fine of $250.
 3               Bail to apply in the event an appeal is
 4   not noticed.
 5               MR. BURGE:  Understood.  And, your Honor,
 6   if we could come back on January 7th, that would be the
 7   appeal date because the 5th is on a Saturday.
 8               THE COURT:  All right.  January 7th p.m.,
 9   Courtroom 10D.
10               Mr. Burge, you can inquire up to
11   Mr. Matsunaga about being --
12               MR. BURGE:  Yes.
13               THE COURT:  -- on time in this courtroom.
14   Thank you.
15               MR. BURGE:  Thank you, your Honor.
16               MS. CLARKIN:  Just a second.  Jonathan --
17               MR. BURGE:  Yes.
18               MS. CLARKIN:  -- the ALDRO was reversed
19   on --
20               MR. BURGE:  Yes.  So he imposed it.  He
21   just suspended it.
22               MS. CLARKIN:  Okay.  Okay.
23               THE CLERK:  Oh, you imposed, but did you
24   impose the license --
25               THE COURT:  I did.
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "G"

15

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

1         MR. BURGE:  But he's staying it pending
2  appeal.
3         THE COURT:  Staying the entire sentence.
4         THE CLERK:  Thank you.
5         (End of proceedings.)

Official Court Reporter
First Circuit Court
State of Hawaii

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
1   STATE OF HAWAII            )
                               ) ss.
2   CITY AND COUNTY OF HONOLULU )
    ────────────────────────────)
3

4        I, THERESA A. REESE, RPR, CSR# 428, do hereby

5   certify that the foregoing is a true and accurate

6   transcript of the electronically-recorded proceedings

7   had in connection with the above-entitled cause and that

8   said transcript was transcribed to the best of my

9   ability.

10       DATED:  Honolulu, Hawaii, this 11th day of

11  April, 2013.
```

                    /s/ Theresa A. Reese
                    Theresa A. Reese, CSR# 428


Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "G"