COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1              IN THE DISTRICT COURT OF THE FIRST CIRCUIT

 2                           STATE OF HAWAII

 3      _____
                                      )   CASE NO. 1DTA-11-03671
 4      STATE OF HAWAII,              )
                                      )
 5                      Plaintiff,    )          ORIGINAL
                                      )
 6           vs.                      )
                                      )
 7      REED W. SAILOLA,              )
                                      )
 8                      Defendant.    )
        _____)
 9

10         TRANSCRIPT OF ELECTRONICALLY-RECORDED PROCEEDINGS

11      before the Honorable David Lo, Judge presiding, on

12      January 7, 2013, in the above-entitled matter.

13

14

15      APPEARANCES:

16
        JONATHAN BURGE                              For Defendant
17

18

19

20

21

22      Transcribed by:
        Theresa A. Reese, RPR, CSR #428
23      Official Court Reporter
        State of Hawaii
24

25
```

```
 1                    P R O C E E D I N G S
 2                         -- oOo --
 3              THE BAILIFF:  Calling Case No. 13, Reed
 4   Sailola, 1DTA-11-03671.
 5              MR. BURGE:  Jon Burge for defendant.
 6   This is for perfection of appeal, Judge.  We did one of
 7   those stipulate fact trials.  I did file the appeal on
 8   Friday, and I just -- I asked the clerks to file the
 9   exhibits because when I did that, there was no exhibits
10   in the file, so we need that for appeal.  But the appeal
11   has been filed.
12              THE COURT:  Okay.  Then said to state.
13              MR. BURGE:  Thank you, your Honor.
14              (End of proceedings.)
15
16
17
18
19
20
21
22
23
24
25
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "H"

```
 1   STATE OF HAWAII              )
                                  ) ss.
 2   CITY AND COUNTY OF HONOLULU  )

 3

 4         I, THERESA A. REESE, RPR, CSR# 428, do hereby

 5   certify that the foregoing is a true and accurate

 6   transcript of the electronically-recorded proceedings

 7   had in connection with the above-entitled cause and that

 8   said transcript was transcribed to the best of my

 9   ability.

10         DATED: Honolulu, Hawaii, this 10th day of

11   December, 2014.

12

13

14
                    _____
15
                    Theresa A. Reese, CSR# 428
16
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "H"