COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1              IN THE DISTRICT COURT OF THE FIRST CIRCUIT
 2                           STATE OF HAWAII
 3     _____
                                     )  CASE NO. 1DTA-11-03671
 4     STATE OF HAWAII,              )
                                     )
 5                    Plaintiff,     )         ORIGINAL
                                     )
 6          vs.                      )
                                     )
 7     REED W. SAILOLA,              )
                                     )
 8                    Defendant.     )
       _____)
 9
10        TRANSCRIPT OF ELECTRONICALLY-RECORDED PROCEEDINGS
11     before the Honorable David Lo, Judge presiding, on
12     June 6, 2013, in the above-entitled matter.
13
...
22     Transcribed by:
       Theresa A. Reese, RPR, CSR #428
23     Official Court Reporter
       State of Hawaii
24
25
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "I"

```
 1                    P R O C E E D I N G S
 2                          -- oOo --
 3              THE BAILIFF:  Calling Case No. 13,
 4    Reed Sailola, 1DTA-11-03671.
 5              THE COURT:  Is Reed here?  No response.
 6    Non-compliant.  Bail is forfeited.  New bench warrant
 7    amount is 300.
 8                          -- oOo --
 9              THE BAILIFF:  Calling Case No. 13, Reed
10    Sailola, 1DTA-11-03671.
11              THE COURT:  All right.  Recall bench
12    warrant.  Clerk has brought it to my attention that
13    appeal has been noted, so sentence stayed on appeal.
14    Continue to stay sentence on appeal.  Okay.
15                      (End of proceedings.)
16
17
18
19
20
21
22
23
24
25
```

Official Court Reporter
First Circuit Court
State of Hawaii

Exhibit "I"