If you view the  Full Docket  you will be charged for 1 Pages $0.10

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 13-57152<br>**Nature of Suit:** 3440 Other Civil Rights<br>Pamela Chyba v. First Financial Asset Manageme<br>**Appeal From:** U.S. District Court for Southern California, San Diego<br>**Fee Status:** Due | **Docke**<br>**Tern** |

**Case Type Information:**
   1) civil
   2) private
   3) null

**Originating Court Information:**
   **District:** 0974-3 : 3:12-cv-01721-BEN-WVG
   **Trial Judge:** Roger T. Benitez, District Judge
   **Date Filed:** 07/11/2012

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Re |
|---|---|---|---|
| 11/20/2013 | 11/20/2013 | 12/20/2013 | 12/21/20 |

Exhibit "J"

| Date | # | Description |
|---|---|---|
| 12/23/2013 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PRO SE APPELLANT. SI The schedule is set as follows: Fee due from Appellant Pamela Chyba on 12/20/2013. Appellant Pan opening brief due 03/31/2014. Appellee First Financial Asset Management, Inc. answering brief due ( Appellant's optional reply brief is due 14 days after service of the answering brief. [8912876] (IV) [Er 12/23/2013 10:31 AM] |
| 01/10/2014 | 2 | Filed Appellant Pamela Chyba notice of withdraw of appeal. Served on 01/06/2014. [8935470] (JFF) 01/13/2014 02:19 PM] |
| 01/16/2014 | 3 | Filed order (STEPHEN S. TROTT, RICHARD A. PAEZ and CARLOS T. BEA) A review of the record that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not fina appealable. See Fed. R. Civ. P. 54(b); Chacon v. Babcock, 640 F.2d 221, 222 (9th Cir. 1981) (order appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with Consequently, this appeal is dismissed for lack of jurisdiction. DISMISSED. [8941807] (WL) [Entered 02:21 PM] |
| 02/11/2014 | 4 | MANDATE ISSUED. (SST, RAP and CTB) [8974522] (RR) [Entered: 02/11/2014 12:35 PM] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 12/17/2014 11:53:04 | | | |
| PACER Login: | eg1057 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 13-57152 |
| Billable Pages: | 1 | Cost: | 0.10 |

Exhibit "J"