RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Email: rholcomblaw@live.com

JUSTIN A. BRACKETT (HI Bar No. 9954)
1888 Kalakaua Avenue, Suite C-312
Honolulu, HI  96815
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, | ) CASE NO. 1:13-CV-00544 HG-RLP |
| Plaintiff, | ) **EXHIBIT "M" UNDER SEAL** TO |
| vs. | ) [Doc. 111] PLAINTIFF REED |
|  | ) SAILOLA'S MEMORANDUM IN |
| GILA, LLC d/b/a MUNICIPAL SERVICES BUREAU | ) OPPOSITION TO DEFENDANT |
|  | ) MUNICIPAL SERVICES BUREAU'S |
|  | ) MOTION FOR SUMMARY |
| Defendant. | ) JUDGMENT [Doc. 94]; |
|  | ) CERTIFICATE OF SERVICE |
|  | ) HEARING: |
|  | ) Date: <u>February 3, 2015</u> |
|  | ) Time: <u>10:30 a.m.</u> |
|  | ) Judge: <u>Honorable Helen Gillmor</u> |
| _____ | ) TRIAL: May 5, 2015 |

Exhibit "M"