IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA, ) | |
| ) | CASE NO. 1:13-CV-00544 HG-RLP |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| MUNICIPAL SERVICES BUREAU, ) | |
| and JOHN DOES 1-50. ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify, that on this date a true and correct copy of the foregoing document was duly served upon the following via this Court's electronic filing system ("CM/ECF"):

GLENN MELCHINGER
JUDY TANAKA
Alston, Hunt, Floyd & Ing
1001 Bishop Street
Suite 1800
Honolulu, HI  96813

A. LEE RIGBY
Smith, Robertson, Elliot & Douglas, LLP
221 W. Sixth Street
Suite 1100
Austin, TX  78701

DATED:  Honolulu, Hawaii, December 19, 2014.

s/Richard L. Holcomb  
Richard L. Holcomb  
Attorney for Plaintiff