FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 18 2015

at 2 o'clock and 09 min. P M.
SUE BEITIA, CLERK

RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

JUSTIN A. BRACKETT (HI Bar No. 9954)
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: justinbrackettlaw@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REED SAILOLA,<br><br>  Plaintiff,<br>vs.<br><br>GILA, LLC d/b/a MUNICIPAL SERVICES BUREAU,<br><br>  Defendant. | CASE NO. 1:13-CV-544 HG-RLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with

1

each party to bear its own attorney's fees and costs. All claims between and among the parties, however denominated, and expressly including all the claims in Plaintiff's Second Amended Complaint (Dkt. No. 93), and all parties are dismissed with prejudice. There are no remaining parties, claims and/or issues.  Jury trial in this matter is presently scheduled to begin on May 5, 2015.

The Court retains jurisdiction over the parties to enforce the parties' settlement agreement.

Respectfully submitted this 16th day of February, 2015.

Attorney for Plaintiff:

/s/ Richard L. Holcomb
Richard L. Holcomb, Esq.
Holcomb Law, LLLC

Attorney for Defendants:

/s/Glenn T. Melchinger
Judy A. Tanaka
Glenn T. Melchinger
Alston, Hunt, Floyd & Ing

APPROVED AS TO FORM

_____
Hon. Helen Gillmor

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; *Sailola v. Gila LLC, d/b/a Municipal Services Bureau;* Case No. CV 13-00544 HG-RLP